UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:11CV77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

A hearing was held yesterday on Defendant Ameren's motions to compel.  For the reasons stated on the record,

**IT IS HEREBY ORDERED that** Ameren's motions to compel [#93 and #100] are **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED that** Plaintiff must provide the Court with the 24 emissions forecast documents identified in its Privilege Log by **January 9, 2013** for an in camera review.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2012.