**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## UNITED STATES' UNOPPOSED MOTION TO UNSEAL DOCUMENTS

Pursuant to Local Rule 83-13.05, and the Stipulated Protective Order Regarding Confidential Information and Documents (ECF No. 90) entered by this Court, the United States hereby moves to unseal Exhibits A, B, and C to Plaintiff's Memorandum In Support Of Its Motion to Compel Production of "New Source Review" Documents Held By Ameren Employee Mark Birk (ECF No. 124).  The aforementioned filings do not contain information claimed by Ameren Missouri as subject to the Protective Order in this case.  The United States has conferred with Defendant Ameren Missouri ("Ameren") and understands that Ameren does not oppose this motion.

Dated: April 29, 2013				Respectfully submitted,

						IGNACIA S. MORENO
						Assistant Attorney General

						s/Andrew C. Hanson
						Justin A. Savage
						Senior Counsel
						Andrew C. Hanson
						Bradford T. McLane
						Nigel B. Cooney
						Trial Attorneys
						Environmental Enforcement Section
						Environment and Natural Resources Division
						U.S. Department of Justice
						P.O. Box 7611
						Washington, DC  20044-7611
						Telephone:  (202) 514-9859
						Facsimile:  (202) 616-6584
						Andrew.hanson2@usdoj.gov

						Suzanne Moore
						Andrew Lay
						Assistant United States Attorneys
						United States Attorney's Office
						Eastern District of Missouri
						Thomas Eagleton U.S. Courthouse
						111 South 10th Street, 20th Floor
						St. Louis, Missouri 63102
						Telephone:  (314) 539-2547
						Facsimile:  (314) 539-2309
						E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
901 North 5th Street
Kansas City, Kansas 66101

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2013, I served the foregoing Motion with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

      Ronald S. Safer (pro hac vice)
      Patricia Brown Holmes (pro hac vice)
      Renee Cipriano (pro hac vice)
      Steven J. Bonebrake (pro hac vice)
      Matthew B. Mock (pro hac vice)
      Schiff Hardin LLP
      233 South Wacker Drive Suite 6600
      Chicago, Illinois 60606
      Phone: (312) 258-5500
      Fax: (312) 258-5600

      James J. Virtel
      Armstrong Teasdale LLP
      7700 Forsyth Boulevard Suite 1800
      St. Louis, Missouri  63105
      Phone: (314) 621-5070
      Fax: (314) 612-2298
      jvirtel@armstrongteasdale.com

      *Counsel for Defendant Ameren Missouri*

<u>s/Andrew C. Hanson</u>
Andrew C. Hanson