UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 16 SOUTH
COURTROOM MINUTE SHEET CIVIL

CASE NO. __4:11CV77 RWS__

STYLE: __USA v. Ameren Missouri__

DATE: __5/2/13__

Court Reporter: __Shannon White__

Deputy Clerk: __Andrea Luisetti__

Attorneys for Plaintiffs: __Andrew Lay, Andrew Hanson, Nigel Cooney__

Attorneys for Defendants: __James Virtel, Matthew Mock, Ronald Safer__

(X) Parties present for hearing on:

__Status Conference:  Proposed CMO due 6/7/13; Status Conference set for 6/12/13 at 9:30 a.m.__

Proceeding Commenced: __9:35 a.m.__
Proceeding Concluded: __9:50 a.m.__