UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:11 CV 77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated on the record,

**IT IS HEREBY ORDERED that** Plaintiff's motion to compel [#123] is **DENIED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2013.