# EXHIBIT A

Case: 4:11-cv-00077-RWS   Doc. #:  147-1   Filed: 08/16/13   Page: 1 of 12 PageID #: 3092

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **AMEREN MISSOURI,** ) <br> ) <br> **Defendant.** ) <br> ) | **Civil Action No. 11-CV-00077** <br><br> **Judge Rodney W. Sippel** |

**AMEREN MISSOURI'S FIFTH SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34, Defendant Ameren Missouri ("Ameren"), by and through its counsel, requests that the United States of America ("Plaintiff") produce the following documents at the offices of Schiff Hardin LLP, 233 S. Wacker Drive, Chicago, IL 60606, within thirty (30) days of service hereof.

**DEFINITIONS & INSTRUCTIONS**

While the Rules do not require Ameren to do so – because the narrow requests below are merely more targeted versions of its prior Requests – Ameren has agreed to serve the narrowed document requests found below, based on Plaintiff's April 29, 2013 representation that it is gathering and will produce responsive, non-privileged documents, and will do so as quickly as reasonably possible without regard to the 30-day time frame provided in Rule 34. Ameren does so solely at Plaintiff's request, and so that Plaintiff can lodge its objections formally.

Ameren incorporates herein the definitions and instructions contained within its First Set of Requests for Production of Documents to Plaintiff.

**DOCUMENT REQUESTS**

81. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from D. Mount, Director, Division of Environmental Engineering, North Dakota Department of Health, to M. Roth, Manager, Environmental Services, Cooperative Power (Dec. 17, 1998) (AM-00896287-NDH), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

82. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from R. Long, Director, Air & Radiation Program, EPA Region 8, to D. Mount, Director, Division of Environmental Engineering, North Dakota Department of Health (Dec. 7, 1998) (AM-00896289-NDH), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

83. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Memorandum from G. Helbling, Environmental Engineer, North Dakota Health Department, Environmental Section (Mar. 29, 2001) (EPA8PER001575), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

84. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from R. Long, Air & Radiation Program, EPA Region 8, to G. Helbling, Environmental Engineer, North Dakota Health Department Environmental Section (Apr. 17, 2001) (AM-00656009-MDNR), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

85. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from G. Campbell, Air Quality Division, Oklahoma Department of Environmental Quality, to G. Butcher Senior Environmental Coordinator, Western Farmers Elec. Cooperative (May 9, 2006) (EPA6_APC1RFP00005386), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

86. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Memorandum from G. Campbell, Air Quality Division, Oklahoma Department of Environmental Quality to D. Lasseter, Chief Engineer, Oklahoma Department of Environmental Quality (May 5, 2006) (EPA6_APC1RFP00005388), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

87. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from J. Hanson, Construction Permit Team Leader, Bureau of Air Management, Wisconsin Department of Natural Resources, to J. Weinbauer, Director of Environmental Affairs, Consolidated Papers, Inc. (Oct. 29, 1999) (AM-00897972-WDNR), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

88. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from L. Ing, Deputy Director, Office of Permitting, Remediation & Registration, Texas Natural Resource Conservation Commission, to G. Johnson, Environmental Permitting Manager, TXU Business Services (Feb. 1 2000)

(EPA6ENF0002947), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

89. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Memorandum from J. Rasnic, Director, Stationary Source Compliance Division, Office of Air Quality Planning and Standards, to G. Czerniak, Chief, Air Enforcement Branch, EPA Region 5 (Jun. 17, 1993) (EPA3GEN033570), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

90. All ESI and paper documents, including all correspondence and communications, which refer or relate to the NSR Applicability Determinations Presentation by D. Campbell and P. Arnold, EPA Region 3 (Oct. 24, 2007) (EPA7_AME106531), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

91. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from G. Worley, Chief, Air Permits Section, EPA Region 4, to M. Robinson, Plant Manager, Georgia-Pacific Wood Products LLC (Mar. 17, 2010) (EPAHQ_DTE1RFP177475), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

92. All ESI and paper documents, including all correspondence and communications, which refer or relate to the presentation entitled New Source Review Reform Implementation in Region 4 States, authored by J. Little, EPA Region 4 (Southern Section A&WMA Conference, Aug. 22, 2006), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

93. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from D. Jordan, Director, Air Division, EPA Region 9, to G. Piantka, NRG Energy, Inc. (Jan. 10, 2011) (EPAHQ_DTERFP012781), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

94. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from G. Worley, Chief, Air Permits Section, EPA Region 4 to D. van der Vaart, Division of Air Quality, North Carolina Department of Environment & Natural Resources (EPAHQ_DTE1RFP092644), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

95. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from G. Worley, Chief, Air Permits Section, EPA Region 4, to B. Stephens, Division of Air pollution Control, Tennessee Department of Environment and Conservation (Sept. 14, 2011) (EPA5_DTE1RFP088669), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

96. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from F. George, Assistant Commissioner, Office of Air Management, Indiana Department of Environmental Management, to A. Sullivan, Barnes & Thornburg (Jan. 27, 1998) (EPA5PIN0001014), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

97. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from D. Cole, Acting Manager, Federal and Delegated Air Programs, EPA Region 10, to A. Newman, State of Washington Department of Ecology (Nov. 5, 2001) (OECAEELP007463-R), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

98. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Memorandum from H. Patel, Engineer, South Carolina Department of Health & Environmental Control (AM-00896747-SCDHEC), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

99. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from T. O'Clair, Director, Division of Air Quality, North Dakota Department of Health, to J. Skab, Environmental Manager, Montana-Dakota Utilities (Sept. 5, 2006) (AM-00896287-NDH), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

100. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from D. Neeley, Chief, Air & Radiation Technology Branch, EPA Region 4, to M. Rao, Environmental Permits Division, Office of Pollution Control, Mississippi Department of Environmental Quality (Oct. 14, 1999) (EPA4PER015826), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

101. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from J. Harper, Chief, Air Enforcement Branch, EPA Region 4, to C. Fancy, Chief, Bureau of Air Regulation, Florida Department of Environmental Regulation (Dec. 3, 1990) (EPA4PER029586), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

102. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Memorandum from K. Ravenscroft, Department of Air Quality, Unified Government of Wyandotte County and Kansas City Public Health Department (Oct. 20, 2008) (EPA7_AME094293), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

103. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Email from D. Schulz, EPA Region 5, to 'r5util' (Jan. 6, 1999) (5AEPSC00000844), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

104. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from R. Fritz, Air Management Engineer, Wisconsin Department of Natural Resources, to S. Jackson, Senior Environmental Specialist, Alliant Energy (Oct. 12, 2005) (EPA5_DTE1RFP088714), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

105. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from D. Neeley, Chief, Air & Radiation

7

Technology Branch, EPA Region 4, to R. Gore, Chief, Air Division, Alabama Department of Environmental Management (July 25, 2001) (EPAHQ_AME027773), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

106. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from T. Voltaggio, Acting Regional Administrator, EPA Region 3, to J. Seif, Secretary, Pennsylvania Department of Environmental Protection (Nov. 22, 1999) (AM-00900545-PADEP), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

107. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from to M. McCabe, Regional Administrator, EPA Region 3 (Oct. 29, 1999) (OECA_2EELP006438), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

108. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from F. Lyons, Regional Administrator, EPA Region 5, to G. Meyer, Secretary, Wisconsin Department of Natural Resources (Jan. 3, 2000) (EPA5EA00001990), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

109. All ESI and paper documents, including all correspondence and communications, which refer or relate to the Letter from J. C. Smith, Section Manager Permit Section, Minnesota Pollution Control Agency, to R. J. VanMersbergen, Environmental Protection Specialist, EPA Region 5 (Aug. 19, 1992) (EPA5PMN0002268) or the letter from W.

8

MacDowell, EPA Region 5, to J. Smith, Minnesota Pollution Control Agency (Sept. 1, 1992) (EPA5PM1000602), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

110. All ESI and paper documents, including all correspondence and communications, which refer or relate to the EPA Inspection Report – Northern States Power – Riverside Generating Station, Minneapolis, Minnesota (Oct. 18, 1985) (USEXP_DTERFP005858), or the subject matter contained therein, that are in the possession of, or located at, any EPA office, including any of the Regions and RTP.

111. All meeting minutes and presentations between and among Region 7 and Nebraska, Kansas, Iowa and/or Missouri where the NSR program was discussed.

112. All correspondence and communications, which refer or relate to EPA's decision to disapprove, in whole or in part, any portion of the Missouri SIP, or which discuss the Missouri SIP's compliance or conformity with federal requirements.

Dated:  May 9, 2013                                              Respectfully submitted,

                                                                 /s/ Matthew B. Mock

                                                                 Ronald S. Safer
                                                                 Patricia Brown Holmes
                                                                 Renee Cipriano
                                                                 Steven J. Bonebrake
                                                                 Matthew B. Mock
                                                                 Schiff Hardin LLP
                                                                 233 South Wacker Drive, Suite 6600
                                                                 Chicago, Illinois 60606
                                                                 (312) 258-5500
                                                                 Fax:  (312) 258-5600
                                                                 *Admitted pro hac vice*

                                                                 James J. Virtel
                                                                 Armstrong Teasdale LLP
                                                                 7700 Forsyth Boulevard Suite 1800

St. Louis, Missouri 63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Ameren Missouri*

10

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013. I served the foregoing **Ameren Missouri's Fifth Set of Requests for Production of Documents,** via email, on the following persons:

> Justin A. Savage
> Andrew C. Hanson
> Bradford T. McLane
> Nigel Cooney
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, DC  20044-7611
> Telephone:  (202) 514-5293
> Facsimile:  (202) 514-0097

/s/ David Loring