# EXHIBIT B

# NORTH DAKOTA DEPARTMENT OF HEALTH
## Environmental Health Section

| Location: | | Mailing Address: |
|---|---|---|
| 1200 Missouri Avenue | Fax #: | P.O. Box 5520 |
| Bismarck, ND 58504-5264 | 701-328-5200 | Bismarck, ND 58506-5520 |

December 17, 1998



Ms. Mary Jo Roth
Manager, Environmental Services
Cooperative Power
14615 Lone Oak Road
Eden Prairie, MN 55344-2287

Dear Ms. Roth:

Referenced is your letter dated October 28, 1998, regarding the steam turbine upgrade (Unit 1) at Coal Creek Station.

The Department concurs that the upgrade is a routine replacement of parts. In addition, since there will not be an increase in heat input ($lb/10^6$ BTU) or an increase in emissions on a lb/hr or ton/yr basis, the PSD significant levels will not be exceeded pursuant to the WEPCO rule. Therefore, additional permitting or modeling will not be required.

If you have any questions, contact Mr. Gary Helbling of my staff at (701)328-5188.

Sincerely,

Dana K. Mount, P.E.
Director, Division of
Environmental Engineering

DKM/GDH:tf

| Environmental Health Section Chief's Office | Environmental Engineering | Municipal Facilities | Waste Management | Water Quality |
|---|---|---|---|---|
| 701-328-5150 | 701-328-5188 | 701-328-5211 | 701-328-5166 | 701-328-5210 |

*Printed on recycled paper.*

NDHealth00000060

AM-00896287-NDH