# EXHIBIT D



**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Tommy G. Thompson, Governor
George E. Meyer, Secretary

101 S. Webster St.
Box 7921
Madison, Wisconsin 53707-7921
Telephone 608-266-2621
FAX 608-267-3579
TDD 608-267-6897

October 29, 1999

Jim Weinbauer
Director of Environmental Affairs
Consolidated Papers, Inc.
P.O. Box 8050
Wisconsin Rapids, WI 54495-8050

Subject: Replacement of Boiler Steam Tubes

Dear Mr. Weinbauer:

Recently you asked whether the department had treated the replacement or repair of boiler steam tubes as a project that would require an air pollution control permit. In my initial response I indicated that I did not believe that the department had treated such projects as requiring an air permit, but would confirm the issue with other program staff. I am writing to inform you that I have canvassed the Air Program staff and the results of my survey indicate that the department has not treated the replacement or repair of boiler steam tubes as projects that would require an air permit. Should have any further questions on this issue, please feel free to call either Tom Steidl at (608) 266-0235 or me at (608) 266-6876.

Sincerely,

Jeffrey C. Hanson, P.E.
Construction Permit Team Leader
Bureau of Air Management

*Quality Natural Resources Management
Through Excellent Customer Service*

Printed on Recycled Paper