**COURTROOM MINUTE SHEET**

CAUSE NO. 4:11 CV 77  DATE: 8-21-13
JUDGE: Sippel
COURT REPORTER: Shannon White
DEPUTY CLERK: Lisa Holwitt

USA
vs.
Ameren MO

ATTY(S) FOR PLTF(S): Andrew Lay, Andrew Hanson, Nigel Cooney
ATTY(S) FOR DFT(S): Matthew Mock, Ronald Safer, James Virtel

DFT PRESENT

PARTIES PRESENT FOR Status Conference. Discussion held between Court & Counsel in re: dates, discovery, expert witnesses. Status conference set Oct. 1st at 10:00 a.m.

WITNESSES:

ATTY(S) PRESENT:
COURTROOM TIME: 10:10 - 11:00