UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Case No. 11-CV-00077 |

**UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS IN THE AMENDED COMPLAINT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff United States, acting on behalf of United State Environmental Protection Agency, hereby moves for voluntary dismissal of certain claims in the Amended Complaint (ECF No. 36) as described more fully below.  Plaintiff United States makes this motion to narrow and simplify the issues in this case, thereby eliminating the need for further discovery or motions practice on the claims to be dismissed.

      1.      The First Claim for Relief (paragraphs 65-70) is voluntarily dismissed with prejudice.

      2.      The Second Claim for Relief (paragraphs 71 through 76) is voluntarily dismissed with prejudice.

      3.      The Fifth Claim for Relief is voluntarily dismissed with prejudice, but only to the extent the Fifth Claim for Relief is based upon the primary superheater and turbine construction

projects performed at Rush Island Unit 1 during the 2001 through 2002 outage, as alleged in the First Claim for Relief.

4. The Sixth Claim for Relief is voluntarily dismissed with prejudice, but only to the extent the Sixth Claim for Relief is based upon the primary superheater and turbine construction projects performed at Rush Island Unit 2 during the 2003 through 2004 outage, as alleged in the Second Claim for Relief.

If the Court grants this motion, the United States will, as expeditiously as reasonably possible thereafter, file and serve via the Court's CM/ECF system a Second Amended Complaint that reflects voluntarily dismissal of the foregoing claims.

Respectfully submitted on this 1st day of October, 2013.

                                   s/Andrew C. Hanson
                                   Andrew C. Hanson
                                   Bradford T. McLane
                                   Nigel B. Cooney
                                   Trial Attorneys
                                   Environmental Enforcement Section
                                   Environment and Natural Resources Division
                                   U.S. Department of Justice
                                   P.O. Box 7611
                                   Washington, DC  20044-7611
                                   Telephone:  (202) 514-9859
                                   Facsimile:  (202) 616-6584
                                   Andrew.hanson2@usdoj.gov

                                   Suzanne Moore
                                   Andrew Lay
                                   Assistant United States Attorneys
                                   United States Attorney's Office
                                   Eastern District of Missouri
                                   Thomas Eagleton U.S. Courthouse
                                   111 South 10th Street, 20th Floor
                                   St. Louis, Missouri 63102
                                   Telephone:  (314) 539-2547
                                   Facsimile:  (314) 539-2309
                                   E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219

## CERTIFICATE OF SERVICE

       I hereby certify that on October 1, 2013, I served the foregoing Motion with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

                  Ronald S. Safer (pro hac vice)
                  Patricia Brown Holmes (pro hac vice)
                  Renee Cipriano (pro hac vice)
                  Steven J. Bonebrake (pro hac vice)
                  Matthew B. Mock (pro hac vice)
                  Schiff Hardin LLP
                  233 South Wacker Drive Suite 6600
                  Chicago, Illinois 60606
                  Phone: (312) 258-5500
                  Fax: (312) 258-5600

                  James J. Virtel
                  Armstrong Teasdale LLP
                  7700 Forsyth Boulevard Suite 1800
                  St. Louis, Missouri  63105
                  Phone: (314) 621-5070
                  Fax: (314) 612-2298
                  jvirtel@armstrongteasdale.com

                  *Counsel for Defendant Ameren Missouri*

      <u>s/Andrew C. Hanson</u>
      Andrew C. Hanson