UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | Judge Rodney W. Sippel |
| ) | |
| Defendant. ) | |
| ) | |

## AMEREN MISSOURI'S RESPONSE TO UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS IN THE AMENDED COMPLAINT

Ameren does not oppose the United States' motion to voluntarily dismiss the claims set forth in its Motion, ECF No. 157.

However, in accord with its statements on the record at the status conference held on October 1, 2013, Ameren submits this response to make clear that it is reserving its rights to seek an award of its attorneys' fees, costs and expenses related to the claims for which the United States now seeks dismissal.

Dated:  October 3, 2013         Respectfully submitted,

/s/ Matthew B. Mock

Ronald S. Safer
Patricia Brown Holmes
Renee Cipriano
Steven J. Bonebrake
Matthew B. Mock
(All admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606

              (312) 258-5500
              Fax:  (312) 258-5600

              James J. Virtel
              ARMSTRONG TEASDALE LLP
              7700 Forsyth Boulevard Suite 1800
              St. Louis, Missouri  63105
              (314) 621-5070
              Fax: (314) 612-2298
              jvirtel@armstrongteasdale.com
              *Counsel for Defendant Ameren Missouri*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

>Andrew C. Hanson
>Justin A. Savage
>Bradford T. McLane
>U.S. Department of Justice
>Environment and Natural Resources Division
>P.O. Box 7611
>Ben Franklin Station
>Washington, DC  20044-7611
>Telephone:  (202) 514-5293
>Facsimile:  (202) 616-6584
>andrew.hanson2@usdoj.gov
>justin.savage@usdoj.gov
>bradford.mclane@usdoj.gov
>
>Andrew J. Lay
>Suzanne J. Moore
>Office of the U.S. Attorney
>111 S. Tenth Street, 20th Floor
>St. Louis, MO 63102
>Telephone:  (314) 539-2200
>Facsimile:  (314) 539-2777
>andrew.lay@usdoj.gov
>suzanne.moore@usdoj.gov
>
>Nigel B. Cooney
>U.S. Department of Justice
>Environmental Defense Section
>601 D. Street, N.W., Suite 8000
>Washington, DC 20004
>Telephone:  (202) 514-3145
>Facsimile:  (202) 616-6584
>nigel.cooney@usdoj.gov

>                    /s/ Matthew B. Mock