UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:11-CV-00077-RWS |
| v. | ) | Judge Rodney W. Sippel |
| | ) | |
| AMEREN MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AMEREN MISSOURI'S MOTION FOR ATTORNEYS' FEES AND COSTS

Defendant Ameren Missouri ("Ameren"), by its attorneys, respectfully requests that the Court award Ameren its reasonable attorneys' fees, expenses, and costs that it incurred defending EPA's claims related to the 2001 and 2003 projects prior to EPA's voluntary dismissal of those claims, for the following reasons:

1.     On October 1, 2013, EPA moved to voluntarily dismiss claims 1, 2, 5 (in part), and 6 (in part) of the Amended Complaint related to the 2001 and 2003 turbine and superheater projects.  (ECF # 157.)  On October 28, 2013, the Court entered an order granting EPA's motion, and dismissing claims 1, 2, 5 (in part), and 6 (in part).  (ECF # 164.)

2.     In a case brought pursuant to the Clean Air Act, such as this action, a defendant is permitted to recover its attorneys' fees and costs if the court finds that such action was unreasonable.  42 U.S.C. § 7413(b).

3.     Because EPA's claims relating to the 2001 and 2003 projects were not well founded in either the facts or the law, pursuant to the Clean Air Act Ameren is entitled to recover the reasonable attorneys' fees and costs it incurred in defending those claims.

4. Ameren has concurrently filed a memorandum of law in support of this motion.

WHEREFORE, Defendant Ameren Missouri respectfully requests that the Court grant this motion and order the relief requested herein.

Dated: November 7, 2013

Respectfully submitted,

/s/ Ronald S. Safer
Ronald S. Safer
Patricia Brown Holmes
Renee Cipriano
Steven J. Bonebrake
Matthew B. Mock
Joshua R. More
(All admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2013, I electronically filed the foregoing **Ameren Missouri's Motion For Attorneys' Fees and Costs** with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

Andrew C. Hanson
Bradford T. McLane
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611
Telephone:  (202) 514-5293
Facsimile:  (202) 616-6584
andrew.hanson2@usdoj.gov
bradford.mclane@usdoj.gov

Andrew J. Lay
Office of the U.S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102
Telephone:  (314) 539-2200
Facsimile:  (314) 539-2777
andrew.lay@usdoj.gov

Nigel B. Cooney
U.S. Department of Justice
Environmental Defense Section
601 D. Street, N.W., Suite 8000
Washington, DC 20004
Telephone:  (202) 514-3145
Facsimile:  (202) 616-6584
nigel.cooney@usdoj.gov

/s/ Ronald S. Safer