# EXHIBIT H

Case: 4:11-cv-00077-RWS   Doc. #: 18-2   Filed: 03/28/11   Page: 5 of 37 PageID #: 132

10 CSR 10-6—NATURAL RESOURCES                                                                 Division 10—Air Conservation Commission

**10 CSR 10-6.020 Definitions and Common Reference Tables**

*PURPOSE: This rule defines key words and expressions used in chapters 1 through 6 and provides common reference tables.*

(1) Application. This rule shall apply throughout Missouri defining terms and expressions used in all Title 10, Division 10—Air Conservation Commission rules.

(2) Definitions.
 (A) All terms beginning with "A."
  1. Abatement project designer—An individual who designs or plans Asbestos Hazard Emergency Response Act (AHERA) asbestos abatement.
  2. Accumulator—The reservoir of a condensing unit receiving the condensate from the condenser.
  3. Act—The Clean Air Act, 42 U.S.C. 7401. References to the word Title pertain to the titles of the Clean Air Act Amendments of 1990, P.L. 101-595.
  4. Actual emissions—The actual rate of emissions of a pollutant from a source operation is determined as follows: 1) actual emissions as of a particular date shall equal the average rate, in tons per year, at which the source operation or installation actually emitted the pollutant during the previous two (2)-year period and which represents normal operation. A different time period for averaging may be used if the director determines it to be more representative. Actual emissions shall be calculated using actual operating hours, production rates and types of materials processed, stored or combusted during the selected time period; 2) the director may presume that source-specific allowable emissions for a source operation or installation are equivalent to the actual emissions of the source operation or installation; and 3) for source operations or installations which have not begun normal operations on the particular date, actual emissions shall equal the potential emissions of the source operation or installation on that date.
  5. Adequately wet—To sufficiently mix or penetrate with liquid to prevent the release of particulates. If visible emissions are observed coming from asbestos-containing material, then that material has not been adequately wetted. However, the absence of visible emissions is not sufficient evidence of being adequately wet.
  6. Administrator—The regional administrator for Region VII, United States Environmental Protection Agency (EPA).
  7. Adsorption cycle—The period during which the adsorption system is adsorbing and not desorbing.
  8. Adverse impact on visibility—The visibility impairment which interferes with the protection, preservation, management or enjoyment of the visitor's visual experience of a Class I area, which is an area designated as Class I in 10 CSR 10-6.060(11)(A)2. This determination must be made on a case-by-case basis taking into account the geographic extent, intensity, duration, frequency and time of visibility impairments, and how these factors correlate with the times of visitor use of the Class I area and the frequency and timing of natural conditions that reduce visibility.
  9. Aerospace assembly and components—The fabricated part, assembly of parts or completed unit of aircraft, helicopter, missile or space vehicle or associated equipment.
  10. Affected source—A source that includes one (1) or more emission units subject to emission reduction requirements or limitations under Title IV of the Act.
  11. Affected states—All states contiguous to the permitting state whose air quality may be affected by the modification, renewal or issuance of, or is within fifty (50) miles of, a source subject to permitting under Title V of the Act.
  12. Affected unit—A unit that is subject to emission reduction requirements or limitations under Title IV of the Act.
  13. Aggressive air sampling—Sweeping of floors, ceilings and walls and other surfaces with the exhaust of a minimum of one (1) horsepower leafblower or equivalent immediately prior to air monitoring.
  14. Agricultural incinerator—An incinerator which is located on a farm or ranch and which has a rated burning capacity of less than one hundred pounds (100 lbs.) per hour of Type IV waste as defined by the Incinerator Standards of the Incinerator Institute of America (11A—STDS66) and is located more than fifteen hundred feet (1500') from the nearest inhabited dwelling not on the farm or ranch.
  15. AHERA—Asbestos Hazard Emergency Response Act of 1986 (P.L. 99-519).
  16. Air cleaning device—Any method, process or equipment which removes, reduces or renders less obnoxious air contaminants discharged into the ambient air.
  17. Air contaminant—Any particulate matter or any gas or vapor or any combination of them.
  18. Air contaminant source—Any and all sources of emission of air contaminants whether privately or publicly owned or operated.
  19. Air-dried coating—The coatings which are dried by the use of air or forced warm air at temperatures up to ninety degrees Celsius (90°C) (one hundred ninety-four degrees Fahrenheit (194°F)).
  20. Air pollution—The presence in the ambient air of one (1) or more air contaminants in quantities, of characteristics and of a duration which directly and approximately cause or contribute to injury to human, plant or animal life or health, or to property or which unreasonably interfere with the enjoyment of life or use of property.
  21. Allowable emissions—The emission rate calculated using the maximum rated capacity of the installation (unless the source is subject to enforceable permit conditions which limit the operating rate or hours of operation, or both) and the most stringent of the following: 1) emission limit established in any applicable emissions control rule including those with a future compliance date or 2) the emission rate specified as a permit condition.
  22. Allowance—An authorization, allocated to an affected unit by the administrator under Title IV of the Act, to emit, during or after a specified calendar year, one (1) ton of sulfur dioxide ($SO_2$).
  23. Alternate site analysis—An analysis of alternative sites, sizes, production processes and environmental control techniques for the proposed source which demonstrates that benefits of the proposed installation significantly outweigh the environmental and social costs imposed as a result of its location, construction or modification.
  24. Ambient air—All space outside of buildings, stacks or exterior ducts.
  25. Ambient air increments—The limited increases of pollutant concentrations in ambient air over the baseline concentration.
  26. Anode bake plant—A facility which produces carbon anodes for use in a primary aluminum reduction installation.
  27. Applicable requirement—All of the following listed in the Act:
   A. Any standard or requirement provided for in the implementation plan approved or promulgated by EPA through rulemaking under Title I of the Act that implements the relevant requirements, including any revisions to that plan promulgated in 40 CFR part 52;
   B. Any term or condition of any preconstruction permit issued pursuant to regulations approved or promulgated through rulemaking under Title I, including parts C or D of the Act;
   C. Any standard or requirement under section 111 of the Act, including section 111(d);
   D. Any standard or requirement under section 112 of the Act, including any