**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 13.05, and the Stipulated Protective Order Regarding Confidential Information and Documents (ECF No. 90) entered by this Court, the United States hereby moves to file its Memorandum in Opposition to Defendant Ameren Missouri's Motion for Fees and Costs on the Voluntarily Dismissed 2001 and 2003 Claims for Injunctive Relief, and Exhibits 1-4, 6, and 8-26 attached thereto, (ECF No. 177) under seal. The Memorandum in Opposition and the cited exhibits contain information claimed by the Defendant as subject to the aforementioned Protective Order in this case.

Dated: November 18, 2013          Respectfully submitted,

        ROBERT G. DREHER
        Acting Assistant Attorney General

        s/Andrew C. Hanson
        Andrew C. Hanson
        Bradford T. McLane
        Nigel B. Cooney
        Trial Attorneys
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, DC  20044-7611
        Telephone:  (202) 514-9859
        Facsimile:  (202) 616-6584
        Andrew.hanson2@usdoj.gov

        RICHARD G. CALLAHAN
        United States Attorney for the
        Eastern District of Missouri

        Suzanne Moore
        Andrew Lay
        Assistant United States Attorneys
        United States Attorney's Office
        Eastern District of Missouri
        Thomas Eagleton U.S. Courthouse
        111 South 10th Street, 20th Floor
        St. Louis, Missouri 63102
        Telephone:  (314) 539-2547
        Facsimile:  (314) 539-2309
        E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:

SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I served the foregoing **Motion to File Documents Under Seal** with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

>    Ronald S. Safer (pro hac vice)
>    Patricia Brown Holmes (pro hac vice)
>    Renee Cipriano (pro hac vice)
>    Steven J. Bonebrake (pro hac vice)
>    Matthew B. Mock (pro hac vice)
>    Schiff Hardin LLP
>    233 South Wacker Drive Suite 6600
>    Chicago, Illinois 60606
>    Phone: (312) 258-5500
>    Fax: (312) 258-5600
>
>    James J. Virtel
>    Armstrong Teasdale LLP
>    7700 Forsyth Boulevard Suite 1800
>    St. Louis, Missouri  63105
>    Phone: (314) 621-5070
>    Fax: (314) 612-2298
>    jvirtel@armstrongteasdale.com
>
>    *Counsel for Defendant Ameren Missouri*

　　s/Andrew C. Hanson
　　Andrew C. Hanson