**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT AMEREN MISSOURI'S REQUEST FOR ORAL ARGUMENT**

Plaintiff, United States of America, hereby opposes Defendant Ameren Missouri's ("Ameren's") request for oral argument on its Motion for Attorneys' Fees and Costs (ECF No. 171) concerning Plaintiff's voluntary dismissal of the 2001 and 2003 Claims in the Amended Complaint.  While Plaintiff will certainly present argument to the extent the Court finds it would be helpful, as explained more fully in the United States' Memorandum in Opposition to Ameren's Motion for Attorneys Fees and Costs (ECF No. 177) the record is clear that the 2001 and 2003 Claims were not unreasonable within the meaning of Clean Air Act Section 113(b), 42 U.S.C. § 7413(b).  Moreover, oral argument on the voluntarily dismissed 2001 and 2003 Claims, as with Ameren's motion for attorneys' fees and costs, would further undermine the judicial economy gained by voluntary dismissal of those claims.

For the foregoing reasons, Plaintiff respectfully requests that Ameren's request for oral argument on the voluntarily dismissed claims be denied.

Dated: November 18, 2013

                                        Respectfully submitted,

                                        ROBERT G. DREHER
                                        Acting Assistant Attorney General

                                        <u>s/Andrew C. Hanson</u>
                                        Andrew C. Hanson
                                        Bradford T. McLane
                                        Nigel B. Cooney
                                        Trial Attorneys
                                        Environmental Enforcement Section
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        P.O. Box 7611
                                        Washington, DC  20044-7611
                                        Telephone:  (202) 514-9859
                                        Facsimile:  (202) 616-6584
                                        Andrew.hanson2@usdoj.gov

                                        Suzanne Moore
                                        Andrew Lay
                                        Assistant United States Attorneys
                                        United States Attorney's Office
                                        Eastern District of Missouri
                                        Thomas Eagleton U.S. Courthouse
                                        111 South 10th Street, 20th Floor
                                        St. Louis, Missouri 63102
                                        Telephone:  (314) 539-2547
                                        Facsimile:  (314) 539-2309
                                        E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:

SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2013, I served the foregoing via the Court's ECF system on counsel of record, who are listed below:

> Ronald S. Safer (pro hac vice)
> Patricia Brown Holmes (pro hac vice)
> Renee Cipriano (pro hac vice)
> Steven J. Bonebrake (pro hac vice)
> Matthew B. Mock (pro hac vice)
> Schiff Hardin LLP
> 233 South Wacker Drive Suite 6600
> Chicago, Illinois 60606
> Phone: (312) 258-5500
> Fax: (312) 258-5600
>
> James J. Virtel
> Armstrong Teasdale LLP
> 7700 Forsyth Boulevard Suite 1800
> St. Louis, Missouri  63105
> Phone: (314) 621-5070
> Fax: (314) 612-2298
> jvirtel@armstrongteasdale.com
>
> *Counsel for Defendant Ameren Missouri*

    s/Andrew C. Hanson
    Andrew C. Hanson