UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:11 CV 77 RWS |
| | ) | |
| AMEREN MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiff's motion for an extension of time to serve its expert reports [#184] is **GRANTED**.

**IT IS FURTHER ORDERED that** the case management order previously entered in this case is amended only as follows:

Plaintiff shall provide all of its expert reports required by Fed. R. Civ. P. 26(a)(2) no later than **December 20, 2013**.  Defendant shall complete the depositions of Plaintiff's experts no later than **February 28, 2014**.  Defendant shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2) no later than **March 28, 2014**.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2013.