**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | **Case No. 4:11-CV-00077-RWS** |
| **v.**  ) | **Judge Rodney W. Sippel** |
| ) | |
| **AMEREN MISSOURI,**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |

**AMEREN MISSOURI'S MOTION TO COMPEL**
**PRODUCTION OF NON-PRIVILEGED DOCUMENT**

For the reasons set forth in the accompanying memorandum of support, Defendant Ameren Missouri ("Ameren"), by its attorneys, respectfully moves to compel production of a 2007 EPA enforcement activity report from Region 7, or at a minimum the single, non-privileged, Ameren-related paragraph from that 2007 report.

Pursuant to Local Rule 3.04, on several occasions, Ameren's counsel has conferred in good faith with EPA's counsel regarding the production of this document, including October 28, 2013, October 30, 2013, and November 1, 2013. Despite their sincere efforts to resolve this issue, counsel were unable to reach an accord.

WHEREFORE, as discussed in the memorandum of support, Ameren respectfully requests that the Court grant this motion and enter an order compelling EPA to produce the 2007 report (EPA7A_AME295299 – 306) in its entirety or, alternatively, in redacted form such that all non-privileged and non-work product information remains disclosed, including but not limited to the entire paragraph that addresses Ameren.

Dated:  February 21, 2014   Respectfully submitted,

/s/ Matthew B. Mock
Ronald S. Safer (*pro hac vice*)
Patricia Brown Holmes (*pro hac vice*)
Renee Cipriano (*pro hac vice*)
Steven J. Bonebrake (*pro hac vice*)
Matthew B. Mock (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

Andrew C. Hanson
Bradford T. McLane
James Beers
Elias Quinn
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611
Telephone:  (202) 514-5293
Facsimile:  (202) 616-6584


/s/ Matthew B. Mock