# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:11-CV-00077-RWS** |
| **v.** ) | **Judge Rodney W. Sippel** |
| ) | |
| **AMEREN MISSOURI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## AMEREN MISSOURI'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF NON-PRIVILEGED DOCUMENT

TO BE FILED UNDER SEAL PURSUANT TO ECF # 90