UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:11-CV-00077-RWS |
| AMEREN MISSOURI, | ) | Judge Rodney W. Sippel |
| Defendant. | ) | |

**EXHIBIT INDEX**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | October 30, 2013 Letter from Ameren Missouri's Counsel to the United States' Counsel regarding EPA's assertion of attorney-client privilege and work product protection for Hanlon Exhibit 1 |
| B | October 28, 2013 E-mail from United States' Counsel to Ameren Missouri's Counsel regarding CAP Reports, EPA Databases, and Hanlon Exhibit 1 |
| C | November 1, 2013 Letter from United States' Counsel to Ameren Missouri's Counsel regarding EPA's assertion of attorney-client privilege for Hanlon Exhibit 1 |
| D | Excerpts from Plaintiff United States' Second Supplemental Responses and Objections to Defendant Ameren Missouri's Third Set of Interrogatories, Response to Interrogatory No. 31 |