UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** parties' joint motion to amend the case management order [#204] is **GRANTED**.  The case management order previously entered in this case is amended only as follows:

(a)   Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 18, 2014**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 13, 2014**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2014.