UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

**JOINT PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE**

Pursuant to the Court's Order on February 13, 2014 (ECF No. 195), Plaintiff United States of America and Defendant Ameren Missouri (collectively, the "Parties"), hereby submit the proposed agenda items for discussion at the status conference set for April 9, 2014 at 10:00 a.m. CDT.

**Parties Joint Proposed Agenda Items**

1. Timing of Exchange of Privilege Logs

2. Status of Mediation

**United States' Proposed Agenda Items**

1. Status of Plaintiff's Motion to Amend the Complaint;

2. Ameren's Amended Initial Disclosures;

3. Plaintiff's request for Rule 30(b)(6) deposition testimony on Ameren's availability forecasts;

4. Plaintiff's request for electronic documents held by Ameren employee James Bosch.

## **Ameren's Proposed Agenda Items**

1. Status of Ameren's Motion to Compel Non-Privileged Document;

2. Status of Ameren's Motion to Compel Rule 30(b)(6) Testimony on EPA's "Equipment Replacement Rule."

Respectfully submitted on this 4th day of April, 2014.


s/ Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 305-0544
Facsimile:  (202) 616-6584
Bradford.mclane@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

*Counsel for Plaintiff the United States of America*


OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219

Respectfully submitted on this 4th day of April, 2014.

s/ Matthew B. Mock
Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*