## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CV-00077-RWS |
| | ) | |
| **AMEREN MISSOURI,** | ) | Judge Rodney W. Sippel |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## REVISED JOINT PROPOSED SCHEDULING PLAN

On April 15, 2014, counsel for the United States of America ("Plaintiff" or "United States") and Ameren Missouri ("Defendant" or "Ameren") (collectively, the "Parties") met and conferred regarding the plan for discovery and pre-trial case management pursuant to the Court's April 10 Order.  The Parties hereby jointly propose the following extension to the following deadlines set forth in the August 23, 2013 and March 10, 2014 Case Management Orders:

| **Deadline** | **Current Schedule** | **Revised Proposal** |
|---|---|---|
| Defendant to disclose expert witnesses and provide Reports | 4/18/2014 | 5/16/2014 |
| Defendant to make expert witnesses available for depositions and have depositions completed | 6/13/2014 | 7/11/2014 |
| Discovery closes | 6//27/2014 | 8/22/2014 |
| Motions to Dismiss, for Summary Judgment, Judgment on the Pleadings | 8/29/2014 | 10/24/2014 |
| Opposition Briefs | 9/30/2014 | 11/21/2014 |
| Reply Briefs | 10/10/2014 | 12/12/2014 |

| Trial | 1/12/2015 | April 2015 |

FOR DEFENDANT AMEREN MISSOURI

Dated:   April 16, 2014

           /s/ Mathew B Mock
Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

                    FOR PLAINTIFF UNITED STATES OF AMERICA

Dated:   April 16, 2014

                    <u>/s/ Andrew C. Hanson</u>
                    Andrew C. Hanson, Trial Attorney
                    Bradford T. McLane, Trial Attorney
                    Environmental Enforcement Section
                    Environment and Natural Resources Division
                    U.S. Department of Justice
                    P.O. Box 7611
                    Washington, DC 20044-7611
                    Telephone: (202) 305-0544
                    Facsimile: (202) 514-0097
                    E-mail: Bradford.mclane@usdoj.gov

                    Richard G. Callahan
                    United States Attorney for the Eastern District of
                    Missouri

                    Assistant United States Attorney
                    United States Attorney's Office
                    Eastern District of Missouri
                    Thomas Eagleton U.S. Courthouse
                    111 South 10th Street, 20th Floor
                    St. Louis, Missouri 63102
                    Telephone: (314) 539-2547
                    Facsimile: (314) 539-2309
                    E-mail: Suzanne.Moore@usdoj.gov

                    <u>Of Counsel:</u>

                    Seema Kakade
                    Attorney-Advisor
                    U.S. EPA, Air Enforcement Division
                    1200 Pennsylvania Avenue, N.W.
                    Washington, DC 20460

                    ALEX CHEN
                    Senior Counsel
                    Office of Regional Counsel
                    U.S. EPA, Region 7
                    11201 Renner Blvd.
                    Lenexa, KS 66219