UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) ) ) |
| Defendant. | ) ) |

**UNITED STATES' MOTION TO EXCLUDE
CERTAIN OPINIONS OF MARCUS CAUDILL**

Plaintiff, the United States of America, acting on behalf of the United States Environmental Protection Agency ("EPA"), respectfully moves this Court pursuant to Fed. R. Civ. P. 37(c)(1) to exclude certain opinions of Marcus Caudill, a hired expert for Defendant Ameren-Missouri ("Defendant" or "Ameren").

Ameren withheld in discovery relevant data relating to the operation of Rush Island Units 1 and 2 until after the December 20, 2013 deadline for the United States' expert reports had passed. After repeatedly refusing to produce that data in response to the United States' discovery requests, Ameren then provided the data to one of its own hired experts, Marcus Caudill. Based on his May 16, 2014 expert report, Mr. Caudill not only relies entirely on the data to form one of his opinions in this case, but also uses that data to critique the opinions of one of Plaintiff's experts from whom the data was withheld.

As explained further in the supporting memorandum filed with this motion, the discovery rules and basic fair play prohibit such tactics. In order to level the playing field, the United

States files this early motion prior to Mr. Caudill's deposition in order to avoid the burden and expense of deposing him on an opinion that should not be admitted in the first place.

WHEREFORE, Plaintiff United States respectfully requests that the Court exclude the opinions of Marcus Caudill that rely on data that was withheld from Plaintiff's experts prior to the December 20, 2013 deadline for disclosure of their reports.

<div style="margin-left: 3em;">

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

s/Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Elias Quinn
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-9859
Facsimile:  (202) 616-6584
Andrew.hanson2@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

</div>

OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2014, I served the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

        Ronald S. Safer (pro hac vice)
        Patricia Brown Holmes (pro hac vice)
        Renee Cipriano (pro hac vice)
        Steven J. Bonebrake (pro hac vice)
        Matthew B. Mock (pro hac vice)
        Schiff Hardin LLP
        233 South Wacker Drive Suite 6600
        Chicago, Illinois 60606
        Phone: (312) 258-5500
        Fax: (312) 258-5600

        James J. Virtel
        Armstrong Teasdale LLP
        7700 Forsyth Boulevard Suite 1800
        St. Louis, Missouri  63105
        Phone: (314) 621-5070
        Fax: (314) 612-2298
        jvirtel@armstrongteasdale.com

        *Counsel for Defendant Ameren Missouri*

    <u>s/Andrew C. Hanson</u>
    Andrew C. Hanson