UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, ) | |
| Defendant. ) | |

**JOINT PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE**

Pursuant to the Court's Order on May 22, 2014 (ECF No. 253), Plaintiff United States of America and Defendant Ameren Missouri (collectively, the "Parties"), hereby submit the proposed agenda items for discussion at the status conference set for June 25, 2014 at 10:30 a.m. CDT.

**Parties Joint Proposed Agenda Items**

1. Exchange of Privilege Logs.

**United States' Proposed Agenda Items**

1. Plaintiff's Motion to Compel Production of Chuck Naslund for Deposition and Motion for Leave to Take Six Additional Depositions (ECF No. 254);

2. Plaintiff's Motion to Compel Production of Documents of Ameren Employee James Bosch (ECF No. 238);

3. Plaintiff's Motion to Exclude Certain Opinions of Ameren Expert Marcus Caudill (ECF No. 260);

  4.  Ameren's denial of discovery on incentive-based compensation for improving unit performance; and

  5.  Rule 26(e) supplementation of expert report of Dr. Ezra Hausman.

## Ameren's Proposed Agenda Items

  1.  Request for Plaintiff's good faith memory-based search of all files of certain EPA custodians for documents pertaining to the could have accommodated provisions of the emission projection rule.

Respectfully submitted on this 18th day of June, 2014.

s/Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 305-0544
Facsimile:  (202) 616-6584
Bradford.mclane@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

*Counsel for Plaintiff the United States of America*


OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219

Respectfully submitted on this 18th day of June, 2014.

<u>s/ Matthew B. Mock</u>
Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*