**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **AMEREN MISSOURI,** ) <br> ) <br> Defendant. ) <br>_____) | Case No. 4:11-CV-00077-RWS <br><br> Judge Rodney W. Sippel |

## EXHIBIT INDEX

| **EXHIBIT** | **DESCRIPTION** |
|:---:|---|
| A | July 31, 2012 Correspondence from United States' Counsel to Ameren Missouri's Counsel regarding ESI Custodians |
| B | Ameren Missouri's Rule 26(a)(1)(A) Disclosures |
| C | Ameren Missouri's Second Supplemental Rule 26(a)(1)(A) Disclosures |
| D | Summary of Witnesses on Ameren Missouri's Rule 26 Disclosures |
| E | Excerpt from Ameren Missouri's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, Response to Interrogatory No. 16 |
| F | Excerpt from Ameren Missouri's Responses and Objections to Plaintiff's Second Set of Interrogatories, Response to Interrogatory No. 27 |
| G | May 22, 2014 E-mail from United States' Counsel to Ameren Missouri's Counsel regarding issues related to Deposition Scheduling |
| H | May 22, 2014 E-mail from Ameren Missouri's Counsel to United States' Counsel regarding issues Related to Deposition Scheduling |
| I | Summary of EPA's 30(b)(6) Depositions of Ameren |
| J | Excerpt from Transcript of April 17, 2014 Deposition of David A. Lloyd |
| K | Excerpt from Transcript of February 14, 2014 Deposition of Alan M. Hekking (FILED UNDER SEAL) |

| | |
|---|---|
| L | Excerpt from March 26, 2014 Expert Report of Dr. Ranajit Sahu |
| M | Excerpt from Transcript of February 7, 2014 Deposition of Ranajit Sahu (FILED UNDER SEAL) |
| N | Excerpt from December 20, 2013 Expert Report of Robert H. Koppe (FILED UNDER SEAL) |
| O | Excerpt from Transcript of February 27, 2014 Deposition of Robert H. Koppe (FILED UNDER SEAL) |