# EXHIBIT D

# Witnesses on Ameren's Rule 26 Disclosures

| On Original Disclosures | Added After EPA Deposed | Added After EPA Amended Complaint |
|---|---|---|
| 1. Ken Anderson (subsequently removed)<br>2. David Boll<br>3. Sam Cardinale<br>4. Brad Corder (subsequently removed)<br>5. Tim Finnell<br>6. Jaime Haro<br>7. William Leingang<br>8. Bob Meiners<br>9. Pat Morrell (subsequently removed)<br>10. Bob Neff<br>11. Dave Queensen<br>12. Dan Schaeffer (subsequently removed)<br>13. Bob Schweppe<br>14. David Strubberg<br>15. Ken Stuckmeyer<br>16. Steve Whitworth | 1. Mark Birk<br>2. Steve Nehrkorn<br>3. Fred Pope<br>4. Greg Vasel<br>5. Andrew Williamson<br>6. Matt Michels (limited to 30(b)(6) testimony)<br>7. Scott Anderson (limited to 30(b)(6) testimony)<br>8. Mike Hutcheson | 1. Laura Moore<br>2. Chuck Naslund<br>3. Jeff Shelton<br>4. Joseph Sind |