# EXHIBIT I

# EPA's 30(b)(6) Depositions of Ameren

| Deponent's Name | Date of Deposition | Topic | Deposition Duration | Actual Time From Court Reporter |
|---|---|---|---|---|
| Jeff Shelton | 11/22/2013 | Modeling 30(b)(6) | 9:14 a.m. - 10:22 a.m. | 1 hr, 8 mins |
| Matthew Michels | 11/22/2013 | Modeling 30(b)(6) | 10:38 a.m. - 11:33 a.m. | 52 mins |
| Timothy Finnell | 11/22/2013 | Modeling 30(b)(6) | 11:33 a.m. - 2:13 p.m. | 4 hrs, 21 mins |
| Scott Anderson | 12/4/2013 | Emissions 30(b)(6) | 9:14 a.m. - 11:58 a.m. | 1 hr, 57 mins |
| Steven Whitworth | 12/4/2013 | Emissions 30(b)(6) | 1:03 p.m. - 5:44 p.m. | 3 hrs, 48 mins |
| David Boll | 12/12/2013 | Modeling & Emissions 30(b)(6) | 9:29 a.m. - 6:10 p.m. | 6 hrs, 6 mins |
| Jaime Haro | TBD | Modeling 30(b)(6) | TBD | TBD |
| Bob Meiners | TBD | Modeling 30(b)(6) | TBD | TBD |

Total Modeling and Emissions 30(b)(6) Deposition Time:  18 hrs, 12 mins + TBD

| Deponent's Name | Date of Deposition | Topic | Deposition Duration | Actual Time From Court Reporter |
|---|---|---|---|---|
| Laura Moore | 11/22/2013 | RMRR 30(b)(6) | 9:01 a.m. - 11:24 a.m. | 1 hr, 31 mins |
| David Boll | 11/22/2013 | RMRR 30(b)(6) | 12:19 p.m. - 4:25 p.m. | 3 hrs, 7 mins |

Total RMRR 30(b)(6) Deposition Time:     4 hrs, 38 mins

**GRAND TOTAL 30(b)(6) DEPOSITION TIME:   22 hrs, 50 mins + TBD**