UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff(s),<br><br>vs.<br><br>AMEREN MISSOURI,<br>  Defendant(s), | )<br>)<br>)<br>)<br>)  Case No. 4:11-CV-00077-RWS<br>)<br>)<br>)<br>)<br>) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.

### Option 2

☒ A final ADR conference was held on: _April 29, 2014_.

☐ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _April 29, 2014_. The parties [☐ did ☒ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _July 1, 2014_  Neutral: _/s/ James M. Rosenbaum_

                  HON. JAMES M. ROSENBAUM
                  Signature