**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 83-13.05, and the Stipulated Protective Order Regarding Confidential Information and Documents (ECF No. 90) entered by this Court, the United States hereby moves to file Plaintiff United States' Reply Memorandum In Support Of Its Motion to Compel Production of Chuck Naslund for Deposition and Motion for Leave to Take Additional Depositions and Exhibits 2-6 and 9 thereto under seal. The aforementioned filings may contain information claimed by Ameren Missouri as subject to the Protective Order in this case.

Dated: July 7, 2014                    Respectfully submitted,

                                                     SAM HIRSCH
                                                   Acting Assistant Attorney General
                                                   Environment and Natural Resources Division

                                                   <u>s/Andrew C. Hanson</u>
                                                   Andrew C. Hanson
                                                   Bradford T. McLane
                                                   Elias L. Quinn
                                                   Trial Attorneys
                                                   Environmental Enforcement Section
                                                   Environment and Natural Resources Division
                                                   U.S. Department of Justice
                                                   P.O. Box 7611
                                                   Washington, DC  20044-7611
                                                   Telephone:  (202) 514-9859
                                                   Facsimile:  (202) 616-6584
                                                   <u>Andrew.hanson2@usdoj.gov</u>

                                                   Suzanne Moore
                                                   Andrew Lay
                                                   Assistant United States Attorneys
                                                   United States Attorney's Office
                                                   Eastern District of Missouri
                                                   Thomas Eagleton U.S. Courthouse
                                                   111 South 10th Street, 20th Floor
                                                   St. Louis, Missouri 63102
                                                   Telephone:  (314) 539-2547
                                                   Facsimile:  (314) 539-2309
                                                   E-mail: Suzanne.Moore@usdoj.gov

<u>OF COUNSEL:</u>
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I served the foregoing Motion with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

>Ronald S. Safer (pro hac vice)
>Patricia Brown Holmes (pro hac vice)
>Renee Cipriano (pro hac vice)
>Steven J. Bonebrake (pro hac vice)
>Matthew B. Mock (pro hac vice)
>Schiff Hardin LLP
>233 South Wacker Drive Suite 6600
>Chicago, Illinois 60606
>Phone: (312) 258-5500
>Fax: (312) 258-5600
>
>James J. Virtel
>Armstrong Teasdale LLP
>7700 Forsyth Boulevard Suite 1800
>St. Louis, Missouri  63105
>Phone: (314) 621-5070
>Fax: (314) 612-2298
>jvirtel@armstrongteasdale.com
>
>*Counsel for Defendant Ameren Missouri*

s/Andrew C. Hanson
Andrew C. Hanson