UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:11 CV 77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on Plaintiff's motion to extend the deadline for any necessary deposition of Mr. Jeffery Holmstead [#248].  For good cause shown, I will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's motion to extend the deadline for any necessary deposition of Mr. Jeffery Holmstead [#284] is **GRANTED** to the following extent. The date by which Plaintiff must depose Mr. Jeffery Holmstead is postponed until further notice from the Court.  Parties shall meet and confer in an attempt to resolve any disputes regarding Mr. Jeffery Holmstead.  If parties are unable to resolve any disputes regarding Mr. Jeffery Holmstead, they should submit to the Court any necessary motions and briefs, and be prepared to fully address this matter at the status conference and hearing on all pending motions currently set for July 25, 2014 at 1:00 p.m.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of July, 2014.