**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 83-13.05, and the Stipulated Protective Order Regarding Confidential Information and Documents (ECF No. 90) entered by this Court, the United States hereby moves to file Plaintiff United States' Reply Memorandum In Support of Its Motion Exclude Certain Opinions of Marcus Caudill and Exhibits 1 through 9 under seal. The aforementioned filings may contain information claimed by Defendant Ameren Missouri as subject to the Protective Order in this case.

Dated: July 10, 2014                Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division


<u>s/Andrew C. Hanson</u>
Andrew C. Hanson
Bradford T. McLane
Elias L. Quinn
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-9859
Facsimile:  (202) 616-6584
Andrew.hanson2@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

<u>OF COUNSEL:</u>
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 10, 2014, I served the foregoing Motion with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

                Ronald S. Safer (pro hac vice)
                Patricia Brown Holmes (pro hac vice)
                Renee Cipriano (pro hac vice)
                Steven J. Bonebrake (pro hac vice)
                Matthew B. Mock (pro hac vice)
                Schiff Hardin LLP
                233 South Wacker Drive Suite 6600
                Chicago, Illinois 60606
                Phone: (312) 258-5500
                Fax: (312) 258-5600

                James J. Virtel
                Armstrong Teasdale LLP
                7700 Forsyth Boulevard Suite 1800
                St. Louis, Missouri  63105
                Phone: (314) 621-5070
                Fax: (314) 612-2298
                jvirtel@armstrongteasdale.com

                *Counsel for Defendant Ameren Missouri*

      <u>s/Andrew C. Hanson</u>
      Andrew C. Hanson