# COURTROOM MINUTE SHEET

CAUSE NO. 4:11 CV 77 RWS    DATE: 7/25/14

JUDGE: Sippel

COURT REPORTER: Shannon White

DEPUTY CLERK: L. Wooley

USA
vs.
Ameren Missouri

ATTY(S) FOR PLTF(S): Andrew Hansen, Nigel Cooney

ATTY(S) FOR DEFT(S): David Scott, James Virtel, Michael Downey, ~~Deft Present~~ Matthew Mock, Ronald Safer.

PARTIES PRESENT FOR Status + motion hearings. Arguments heard by Court. Rulings made on the record. Order to issue.

WITNESSES:

ATTY(S) PRESENT:

COURTROOM TIME: 1:08 pm  2:28 pm