UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated on the record,

**IT IS HEREBY ORDERED that** Plaintiff's motion to compel production of Chuck Naslund and for leave to take additional depositions [#254] is **GRANTED** subject to the limitations stated on the record;

**IT IS FURTHER ORDERED that** Plaintiff's motion to exclude certain opinions of Marcus Caudill [#260] is **DENIED**. Plaintiff shall depose Mr. Caudill as scheduled, and file any motion for relief to submit rebuttal reports within 14 days of Mr. Caudill's deposition;

**IT IS FURTHER ORDERED that** Defendant's motion for a protective order narrowing certain Rule 30(b)(6) deposition topics [#291] is **DENIED** as moot; and

**IT IS FURTHER ORDERED that** a hearing on Plaintiff's motion to disqualify Jeffrey Holmstead is set for **September 9, 2014 at 10:00 a.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2014.