# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Plaintiff United States respectfully requests that it be permitted an extension to August 14, 2014 to respond to Defendant's Ameren Missouri's ("Defendant's") memorandum in support of its motion to compel discovery regarding EPA's statements about improving the efficiency of coal-fired power plants (ECF No. 302).  In support of this Motion, Plaintiff states as follows:

1. On July 21, 2014, Defendant filed its motion to compel discovery regarding EPA's statements about improving efficiency of coal-fired power plants (ECF No. 302).

2. During the status conference with the Court on July 25, 2014, counsel for the United States requested a two week extension to serve its response to Defendant's motion while the United States more fully considers and responds to Defendant's document requests and interrogatories seeking the same information as that sought by Defendant's motion.  Those discovery responses are due on August 11, 2014.

3. Plaintiff's response to Defendant's motion is currently due on July 31, 2014, which includes seven days for response allowed by Local Rule 7-4.01(b) and an additional three

days where the parties have consented to electronic service.  *See* Fed. R. Civ. P. 6(d), 5(b)(2)(E). With a two week extension to the deadline for response to Defendant's motion, Plaintiff's response would be due August 14, 2014.

4. In light of the July 25, 2014 status conference, the United States files this motion to extend the deadline for response to Defendant's motion (ECF No. 302) from July 31, 2014 to August 14, 2014.

5. Counsel for the United States is advised that Defendant does not oppose this motion.

WHEREFORE, Plaintiff United States respectfully requests that the Court grant the relief sought in this motion.

    Respectfully Submitted,

    SAM HIRSCH
    Acting Assistant Attorney General

    */s/ Andrew C. Hanson*
    Andrew C. Hanson
    Bradford T. McLane
    Trial Attorneys
    Environmental Enforcement Section
    Environment & Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, DC  20044-7611
    Telephone:  (202) 305-0544
    Facsimile:  (202) 616-6584

RICHARD G. CALLAHAN
United States Attorney

Andrew J. Lay #28542
Suzanne J. Moore #49119
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
111 South Tenth Street, Room 333
Telephone: (314) 539-2200
Tele-fax: (314) 539-2777

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

       Ronald S. Safer (pro hac vice)
       Patricia Brown Holmes (pro hac vice)
       Renee Cipriano (pro hac vice)
       Steven J. Bonebrake (pro hac vice)
       Matthew B. Mock (pro hac vice)
       Schiff Hardin LLP
       233 South Wacker Drive Suite 6600
       Chicago, Illinois 60606
       Phone: (312) 258-5500
       Fax: (312) 258-5600

       James J. Virtel
       Armstrong Teasdale LLP
       7700 Forsyth Boulevard Suite 1800
       St. Louis, Missouri  63105
       Phone: (314) 621-5070
       Fax: (314) 612-2298
       jvirtel@armstrongteasdale.com

       Attorneys for Ameren Missouri


 */s/ Andrew C. Hanson*