## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:11-CV-00077-RWS |
| v. | ) | Judge Rodney W. Sippel |
| | ) | |
| **AMEREN MISSOURI,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMEREN MISSOURI'S MOTION TO COMPEL
## PRODUCTION OF AN EPA PRESENTATION REGARDING THE CAUSATION
## REQUIREMENT OF THE NSR REGULATIONS

For the reasons set forth in the accompanying memorandum of support, Defendant Ameren Missouri ("Ameren"), by its attorneys, respectfully moves to compel production of a EPA presentation (the "Hutchinson presentation" and its various iterations) that interprets the NSR causation requirement, and interprets the "could have accommodated" or "demand growth" provision of the NSR regulations.

Pursuant to Local Rule 3.04, on August 4 and again on August 18, 2014, Ameren's counsel conferred in good faith with EPA's counsel regarding the production of this document. Despite their sincere efforts to resolve this issue, counsel were unable to reach an accord.

WHEREFORE, as discussed in the memorandum of support, Ameren respectfully requests that the Court grant this motion and enter an order compelling EPA to produce the Hutchinson presentation and its various iterations; or, in the alternative, review the document *in camera* to make the determination as to whether it should be produced.

Dated:  August 29, 2014        Respectfully submitted,

/s/ Matthew B. Mock
Ronald S. Safer (*pro hac vice*)
Patricia Brown Holmes (*pro hac vice*)
Renee Cipriano (*pro hac vice*)
Steven J. Bonebrake (*pro hac vice*)
Matthew B. Mock (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

>Andrew C. Hanson
>Bradford T. McLane
>James Beers
>Elias Quinn
>U.S. Department of Justice
>Environment and Natural Resources Division
>P.O. Box 7611
>Ben Franklin Station
>Washington, DC  20044-7611
>Telephone:  (202) 514-5293
>Facsimile:  (202) 616-6584

/s/ Matthew B. Mock