UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,   )<br>  )<br>    v.   )<br>  )<br>AMEREN MISSOURI,   )<br>  )<br>    Defendant.   )<br>_____) | Case No. 4:11-CV-00077-RWS |

## JOINT PROPOSED AGENDA ITEMS FOR SEPTEMBER 9 HEARING

Plaintiff United States of America and Defendant Ameren Missouri (collectively, the "Parties"), hereby respectfully propose to address to the Court the items set forth below, time permitting, at the September 9, 2014 hearing. The Parties have conferred and submit the proposed agenda items below for the Court's consideration and for discussion at the hearing or at another time befitting the Court's calendar.

### Joint Proposed Agenda Items

1. Authentication of Documents as Potential Summary Judgment and/or Trial Exhibits.

2. Scheduling of Rule 30(b)(6) Deposition of Ameren – Modeling Topic 6

### United States' Proposed Agenda Items

1. United States' Request for Discovery on the "Capacity" of Ameren's Generating Units.

2. United States' Motion for Relief to Serve Supplemental and Rebuttal Reports.

### Ameren's Proposed Agenda Items

1. Ameren Missouri's Motion to Compel Production of EPA Presentation.

2. Ameren Missouri's Motion to Compel Production of Documents from EPA's Privilege Log.

3. Ameren Missouri's Motion to Compel Discovery on EPA's Efficiency Statements.

Respectfully submitted on this 5th day of September, 2014.


/s/ Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-9859
Facsimile:  (202) 616-6584
Andrew.hanson2@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

*Counsel for Plaintiff the United States of America*


OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219

Respectfully submitted on this 5th day of September, 2014.


/s/ Matthew B. Mock
Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com


*Counsel for Defendant Ameren Missouri*