# COURTROOM MINUTE SHEET

CAUSE NO. 4:11cv77 RWS    DATE: 9/9/14

JUDGE: Sippel

COURT REPORTER: Shannon White

DEPUTY CLERK: L. Wooley

USA
vs.
Ameren Missouri

ATTY(S) FOR PLTF(S): Jim Lofton, Andrew Hanser, Andy Lay, Claire Woods, Jason Dunn

ATTY(S) FOR DEFT(S): Michael Downey, Matthew Mock, Ronald Safer

DEFT PRESENT

PARTIES PRESENT FOR hearing on various motions. Arguments heard. Order to issue. Next hearing set for 10/20/14 @ 10:00 AM

WITNESSES:

ATTY(S) PRESENT:

COURTROOM TIME: 10:04 AM – 12:01 PM
1:24 PM – 2:16 PM