UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMEREN MISSOURI, )<br>)<br>Defendant. ) | Case No.   4:11 CV 77 RWS |

### **ORDER**

In accordance with and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED that** Plaintiff's motion for relief to disqualify Jeffrey Holmstead [#297] is **GRANTED** as stated on the record;

**IT IS FURTHER ORDERED that** Plaintiff's request for discovery on the "capacity" of Ameren's generating units and Plaintiff's motion for relief to serve supplemental and rebuttal reports [#320] is **GRANTED** in part and **DENIED** in part as stated on the record.  Plaintiffs shall submit any supplemental reports no later than **October 3, 2014**;

**IT IS FURTHER ORDERED that** parties shall meet and confer in an attempt to resolve any remaining disputes regarding parties' privilege logs and Defendant's motion to compel production of documents from EPA's privilege logs [#335].  Parties shall notify the Court of the status of these matters no later than **September 30, 2014**;

**IT IS FURTHER ORDERED that** parties shall meet and confer in an attempt to resolve any remaining disputes regarding Defendant's motion to compel discovery on EPA's efficiency statements [#301].  Parties shall notify the Court of the status of this matter no later than **September 30, 2014**;

**IT IS FURTHER ORDERED that** Defendant shall produce its Rule 30(b)(6) Modeling

Topic 6 witness for deposition on **October 15, 2014**; and

      **IT IS FURTHER ORDERED that** a status conference is set for **October 20, 2014 at 10:00 a.m.** in Courtroom 16 South.  Parties shall submit suggested agenda items for the status conference no later than **October 13, 2014**.

                                                     _/s/ Rodney W. Sippel_
                                                   RODNEY W. SIPPEL
                                                   UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2014.