## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:11-cv-00077-RWS |
| | ) | |
| AMEREN MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE UNITED STATES' PRIVILEGE LOG**

Plaintiff United States respectfully requests that it be permitted an extension to September 23, 2014 to respond to Defendant's Ameren Missouri's ("Defendant's") Memorandum in Support of its Motion to Compel Production of Documents from the United States' Privilege Log (ECF No. 336).  In support of this Motion, Plaintiff states as follows:

1.      On September 4, 2014, Defendant filed its Motion to Compel Production of Documents from the United States' Privilege Log.  (ECF No. 335).

2.      During the status conference with the Court on September 9, 2014, and in a subsequent order (ECF No. 351), the Court directed the parties to meet and confer in an attempt to resolve any remaining disputes regarding the parties' privilege logs and Defendant's motion to compel, and thereafter notify the Court of the status of these matters no later than September 30, 2014.

3.      The United States' response to Defendant's motion is currently due today, September 15, 2014, which includes seven days for response allowed by Local Rule 7-4.01(b)

and an additional three days where the parties have consented to electronic service.  *See* Fed. R.

Civ. P. 6(d), 5(b)(2)(E).

4.      In light of the Court's September 9 Order, Counsel for the United States requests

an extension to September 23, 2014 in order to more fully consider and respond to Defendant's

motion, and to allow the parties' time to meet and confer on their privilege logs as directed by

the Court prior to filing a response.

5.      The United States files this motion to extend the deadline for response to

Defendant's motion (ECF No. 335) from September 15, 2014 to September 23, 2014.   Counsel

for the United States is advised that Defendant does not oppose this motion.

WHEREFORE, Plaintiff United States respectfully requests that the Court grant the relief

sought in this motion.

Respectfully Submitted,

SAM HIRSCH
Acting Assistant Attorney General

*/s/ Bradford T. McLane*
Andrew C. Hanson
Bradford T. McLane
Trial Attorneys
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 305-0544
Facsimile:  (202) 616-6584

RICHARD G. CALLAHAN
United States Attorney

Andrew J. Lay #28542
Suzanne J. Moore #49119
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
111 South Tenth Street, Room 333
Telephone: (314) 539-2200
Tele-fax: (314) 539-2777

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive Suite 6600
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax: (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
Phone: (314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

Attorneys for Ameren Missouri

/s/ Bradford T. McLane
Bradford T. McLane