UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11-CV-00077-RWS |
| v. ) | |
| ) | Judge Rodney W. Sippel |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AMEREN MISSOURI'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO TAKE TWO DEPOSITIONS AFTER THE DISCOVERY CUT-OFF

Defendant Ameren Missouri ("Ameren") respectfully asks the Court to grant leave for Ameren to take two depositions after September 19, 2014. In support of this motion, Ameren states as follows:

1. On July 28, 2014, this court ordered that the parties shall complete all discovery no later than September 19, 2014 (ECF # 312).

2. Ameren respectfully requests that the Court grant leave for Ameren to take the following two Rule 30(b)(6) depositions of Plaintiff after September 19, 2014: (1) Deposition of Plaintiff (Various Topics); and (2) Deposition of Plaintiff (Capable of Accommodating and Other Emissions Issues).

3. Ameren previously noticed both of these depositions for dates prior to September 19, 2014. However, Ameren now requests later dates for these depositions to accommodate the travel and work schedules of the EPA witness and counsel for Ameren. Scheduling these depositions for later dates conserves both party and witness resources, because the new schedule

-1-

would allow the EPA witness and Ameren's counsel to travel once, instead of twice, for these depositions.

4. Counsel for Ameren has conferred with counsel for Plaintiff. Plaintiff has advised that it does not oppose the extension. Ameren and Plaintiff have conferred to schedule new dates for these depositions. The parties and witness are available for the Deposition of Plaintiff (Capable of Accommodating and Other Emissions Issues) on October 2, 2014. The parties and witness are available for the Deposition of Plaintiff (Various Topics) on October 3, 2014. Accordingly, Ameren requests that the Court grant leave for Ameren to take these depositions on October 2nd and October 3rd, respectively.

WHEREFORE, Ameren Missouri respectfully requests that the Court grant the relief sought in this motion.

Dated:  September 16, 2014  

Respectfully submitted,

/s/ Matthew B. Mock
Ronald S. Safer
Patricia Brown Holmes
Renee Cipriano
Steven J. Bonebrake
Matthew B. Mock
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
(All admitted *pro hac vice*)

James J. Virtel
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 621-5070
Facsimile:  (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, I electronically filed the foregoing unopposed motion with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

>Andrew C. Hanson
>Bradford T. McLane
>Nigel B. Cooney
>Environmental Enforcement Section
>Environment and Natural Resources Division
>U.S. Department of Justice
>P.O. Box 7611
>Washington, DC  20044-7611
>Telephone:  (202) 305-0544
>Facsimile:  (202) 616-6584
>andrew.hanson2@usdoj.gov
>bradford.mclane@usdoj.gov
>nigel.cooney@usdoj.gov

>Suzanne J. Moore
>Andrew J. Lay
>United States Attorney's Office
>Eastern District of Missouri
>Thomas Eagleton U.S. Courthouse
>111 South 10th Street, 20th Floor
>St. Louis, MO 63102
>Telephone:  (314) 539-2547
>Facsimile:  (314) 539-2309
>suzanne.moore@usdoj.gov
>andrew.lay@usdoj.gov

>/s/ Matthew B. Mock