**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF UNITED STATES' NOTICE OF WITHDRAWAL**
**OF TESTIFYING EXPERT WITNESS DUE TO SERIOUS ILLNESS**

Plaintiff, the United States of America, acting on behalf of the United States Environmental Protection Agency, hereby gives notice to the Court that counsel for the United States has recently learned that one of its testifying experts, Michael Alan Hekking, is suffering from a severe and life-threatening illness and is no longer able to serve as an expert witness in this case.  Counsel for the United States has advised Ameren's counsel of this development.  The United States proposes to meet and confer with Ameren to discuss any adjustments to the United States' expert witness roster and to the schedule in this case.  After conferring with Ameren, the United States will be prepared to discuss any such adjustments during the status conference set for October 20, 2014, or at an earlier time as requested by the Court.

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Andrew C. Hanson _____
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
James W. Beers, Jr.
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-9859
Facsimile:  (202) 616-6584
Andrew.Hanson@usdoj.gov

Suzanne Moore
Assistant United States Attorney
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2014, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic notice to be served on counsel of record, who are listed below:

      Ronald S. Safer (pro hac vice)
      Patricia Brown Holmes (pro hac vice)
      Renee Cipriano (pro hac vice)
      Steven J. Bonebrake (pro hac vice)
      Matthew B. Mock (pro hac vice)
      Schiff Hardin LLP
      233 South Wacker Drive Suite 6600
      Chicago, Illinois 60606
      Phone: (312) 258-5500
      Fax: (312) 258-5600

      James J. Virtel
      Armstrong Teasdale LLP
      7700 Forsyth Boulevard Suite 1800
      St. Louis, Missouri  63105
      Phone: (314) 621-5070
      Fax: (314) 612-2298
      jvirtel@armstrongteasdale.com

      *Counsel for Defendant Ameren Missouri*

s/ Andrew Hanson