UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **AMEREN MISSOURI,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 4:11-CV-00077-RWS <br><br> Judge Rodney W. Sippel |

## STIPULATED WITHDRAWAL OF MOTIONS REGARDING DISCOVERY ON EFFICIENCY (ECF #s 301 AND 344)

Plaintiff United States of America and Defendant Ameren Missouri hereby stipulate to the withdrawal of Ameren Missouri's Motion to Compel (ECF # 301) and EPA's Motion for Protective Order (ECF # 344) regarding discovery on efficiency, and state as follows:

1. On July 21, 2014, Ameren moved to compel discovery regarding EPA's recent statements about improving efficiency of coal-fired plants.  (ECF # 301.)

2. On September 8, 2014, EPA moved for a protective order to limit discovery related to EPA's proposed carbon rule.  (ECF # 344.)

3. At the September 9, 2014 status hearing, the Court directed the parties to meet and confer on the efficiency discovery issues raised in the parties' respective motions and report back to the Court by September 30th.

4. The parties subsequently conferred on September 15th, Ameren took a 30(b)(6) deposition of EPA on efficiency and heat rate issues on September 19th, and the parties conferred again on September 22nd.

5. After conferring, the parties agree that the issues raised in their respective motions (ECF #s 301 and 344) have been adequately addressed and stipulate to the withdrawal of Ameren's Motion to Compel (ECF # 301) and EPA's Motion for Protective Order (ECF # 344).

Dated:  September 29, 2014

Respectfully submitted,

/s/ Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Trial Attorneys
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0544
Facsimile: (202) 616-6584

RICHARD G. CALLAHAN
United States Attorney

Andrew J. Lay #28542
Suzanne J. Moore #49119
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
111 South Tenth Street, Room 333
Telephone: (314) 539-2200
Tele-fax: (314) 539-2777

*Counsel for Plaintiff United States of America*

/s/ Matthew B. Mock
Ronald S. Safer
Patricia Brown Holmes
Renee Cipriano
Steven J. Bonebrake
Matthew B. Mock
Joshua R. More
(All admitted pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com

*Counsel for Defendant Ameren Missouri*

2