**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>     Plaintiff,                                      )<br>                                                      )<br>          v.                                          )<br>                                                      )<br>AMEREN MISSOURI,                        )<br>                                                      )<br>     Defendant.                                  )<br>                                                      ) | Civil Action No. 4:11-cv-00077-RWS<br><br>Honorable Rodney W. Sippel |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS
BETWEEN AMEREN AND THIRD PARTY UTILITY INDUSTRY ASSOCIATIONS**

For the reasons set forth in the accompanying memorandum of law, the United States of America, acting on behalf of the United States Environmental Protection Agency ("EPA"), pursuant to Fed. R. Civ. P. 37 and Eastern District Local Rule 37-3.04, respectfully moves for an order compelling Defendant Ameren Missouri ("Ameren") to produce communications between third party electric utility industry associations, including Utility Air Regulatory Group, and Ameren related to the operation, interpretation, implementation, or enforcement of EPA's New Source Review and Prevention of Significant Deterioration regulations, between 2002 and 2011.[1]

---

[1] In accordance with Local Rule 37-3.04, the United States has conferred with counsel for Ameren in a good faith attempt to resolve this dispute. *See* Ex. A, Email Communication between Jeannice Williams and Andrew Hanson.  Counsel for the United States attempted to discuss this matter further with Ameren's counsel, Ms. Williams, by telephone on September 26, 2014, but received Ms. Williams' voicemail. Further efforts to discuss this matter via telephone were unsuccessful.

Dated: September 30, 2014      SAM HIRSCH
Acting Assistant Attorney General

s/Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Anna Cross
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 305-0544
Facsimile:  (202) 616-6584
E-mail:  Bradford.mclane@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:
SEEMA KAKADE
SARA FROIKIN
Attorney-Advisors
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
SARA HERTZ WU
Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Blvd.
Lenexa, KS 66219

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 30, 2014, I served the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

                Ronald S. Safer (pro hac vice)
                Patricia Brown Holmes (pro hac vice)
                Renee Cipriano (pro hac vice)
                Steven J. Bonebrake (pro hac vice)
                Matthew B. Mock (pro hac vice)
                Schiff Hardin LLP
                233 South Wacker Drive Suite 6600
                Chicago, Illinois 60606
                Phone: (312) 258-5500
                Fax: (312) 258-5600

                James J. Virtel
                Armstrong Teasdale LLP
                7700 Forsyth Boulevard Suite 1800
                St. Louis, Missouri  63105
                Phone: (314) 621-5070
                Fax: (314) 612-2298
                jvirtel@armstrongteasdale.com

                *Counsel for Defendant Ameren Missouri*

       s/Andrew C. Hanson