**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) Honorable Rodney W. Sippel |
| Defendant. | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO COMPEL PRODUCTION OF COMMUNICATIONS BETWEEN AMEREN AND
THIRD PARTY UTILITY INDUSTRY ASSOCIATIONS**

# EXHIBIT D

## MODIFICATION ANALYSIS

### Physical Change or Operational Change

### Emissions Increase

- NSPS -- Kg/hr
- PSD -- tpy

### Exceptions

- Routine Repair, Replacement, or Maintenance
- Increase in Hours of Operation or Production Rate (Operational Change Only)
    - NSPS: Capital Expenditure Test
    - PSD: Permit Condition
- Others
    - Pollution Control (NSPS)
    - Fuel Switch

UARG1 0000280



## PHYSICAL OR OPERATIONAL CHANGE

### Physical Change

-- Any equipment repair or replacement

-- NSPS: affected facility

-- PSD: source

    o Non-boiler changes

    o "Bottle neck" issue

### Operational Change

-- Changes in fuel or other inputs; production rate; hours; etc.

-- WEPCo decision unclear

    o What time periods are compared?

    o Are NSPS and PSD different?

-- Broad interpretation likely

UARG1 0000281

## EMISSION INCREASE -- NSPS

### Emission rate -- Kg/hr

### Under What Conditions?

- -- "Immediately" before and after
- -- "Representative" operation?
- -- "Economically sustainable" operation?

### Emission tests v. Emission factors

- -- "Clear" increase or decrease: AP-42
- -- Conditions for emission tests
  - ° Number of hours/runs
  - ° No standard exceedances

### Avoiding emission increases

- -- Control technology v. clean fuel
- -- Removing control technology

UARG1 0000282

## EMISSION INCREASE -- PSD

### Annual Emissions -- tpy

### Under What Conditions?

- Past emissions -- "representative" operation
- Future emissions
    - "Potential to emit"
    - "Representative" emissions if operating history

### Emission Tests or Emission Factors

UARG1 0000283

## NSPS EXEMPTIONS

### Routine Repair, Replacement, Maintenance

- -- Frequent
- -- Inexpensive
- -- Scheduled outage
- -- Life not extended
- -- Standard industry design

### Production Rate Increase Without Capital Expenditure

- -- Applicable to physical changes?
- -- Capital expenditure
  - ° Affected facility
  - ° Original basis (adjusted)
  - ° Multi-year aggregation

### Hours of Operation

### Pollution Control Equipment

- -- NSPS only
- -- Clean fuel as a control method

### Fuel Switches

- -- "Designed to accomodate" test
- -- Affected facility

UARG1 0000284

## PSD EXEMPTIONS

### Routine Repair, Replacement, and Maintenance

- -- Frequent
- -- Inexpensive
- -- Scheduled outage
- -- Life not extended
- -- Standard industry design

### Production Rate/Hours of Operation Increase

- -- No permit restriction
- -- Operational change only
- -- Only up to original design capacity

### Fuel Switches

- -- "Capable of Accomodating"
- -- Focus on entire source
    - o Implications for BACT analysis

UARGI 0000285

## CASE STUDIES

Scheduled Maintenance Activity

Unanticipated Breakdown

Fuel Switches

CCT Projects

Combined Cycle Conversion Facility Reactivation

Facility Upgrading

Environmental Control Deratings

UARGI 0000286

## SCHEDULED MAINTENANCE ACTIVITY

### Scheduled repairs on:

- Fans
- Boiler tubing
- Air heater

### Past Operation at low capacity factor

#### Case 1

- No physical constraint

#### Case 2

- Physical constraint

#### Case 3

- No physical constraint
- Repairs allow more efficient operation

UARG1 0000287

## UNANTICIPATED BREAKDOWN

### Unscheduled repairs:

-- Fans
-- Boiler tubing
-- Air heater

### Past Operation at low capacity factor

#### Case 1

-- No physical constraint

#### Case 2

-- Physical constraint

#### Case 3

-- No physical constraint
-- More efficient operation

UARG1 0000288

## FUEL SWITCH

### Case 1 -- Oil to Gas

-- Equipment additions

    o  Improved Controls
    o  New burners
    o  Pipeline

-- Impact on Operations

    o  Increased utilization
    o  No immediate change

### Case 2 -- Oil to Coal

-- Equipment additions

    o  Improved controls
    o  New burners
    o  Coal handling facilities

-- Impact on operations

    o  Increased utilization
    o  No immediate change

-- Post-conversion controls

    o  Low sulfur fuel
    o  Control technology

UARG1 0000289

-2-

### Case 3 -- Natural Gas to Coal Gas

- Equipment additions

    o  Improved controls
    o  New pipeline

- Impact on operations

    o  Increased utilization
    o  No immediate change

UARG1 0000290

## CCT PROJECT INSTALLATION

### Low NOx burner installation

#### Case 1

-- No change in capacity utilization

#### Case 2

-- Increased capacity utilization
-- No other "physical" work

#### Case 3

-- Increased capacity utilization
-- Repair of deteriorated equipment

   o Instrumentation
   o Fans/tubing

#### Case 4

-- Low NOx burners allow greater fuel burn

UARG1 0000291

## CCT PROJECT REMOVAL

### Removal of LIMB Demonstration Project

#### Case 1

-- Capacity utilization decreases as compared to

  o  demonstration period
  o  pre-demonstration period

#### Case 2

-- Capacity utilization increases as compared to

  o  demonstration period
  o  pre-demonstration period

#### Case 3

-- Non-LIMB related changes during project
-- Capacity utilization increases/decreases

#### Case 4

-- Capacity utilization increase
-- Post-demonstration controls are

  o  clean fuel
  o  coal cleaning

UARG1 0000292

## COMBINED CYCLE ADDITION

### Conversion from Simple to Combined Cycle

### Impact on Operations

- Increased utilization
- No change in utilization
- Shift in primary fuel

### Use of duct burner

UARG1 0000293

## FACILITY REACTIVATION

Facility mothballed for 2 years

Facility remains in emission inventory

Facility operated at low capacity factor before deactivation

### Case 1

-- Facility brought online with no repair/replacement
-- Facility operated at low capacity factor after reactivation

### Case 2

-- Repairs/replacement while mothballed
-- Capable of operating up to full capacity when reactivated

UARGI 0000294

## FACILITY UPGRADING

### Case 1
-- Improved instrumentation

### Case 2
-- Conversion from forced to balanced-draft

### Case 3
-- Improved turbine generator

### Case 4
-- Capacity upgrade of boiler

UARG1 0000295

## ENVIRONMENTAL CONTROL DERATING

### Reduce Capacity to Comply with Opacity Standard

### No other operating constraint

### Subsequent pollution control upgrade to meet standard at full capacity

#### Case 1

-- State operating restriction/federal restriction
-- ESP upgrade/ammonia injection

#### Case 2

-- No restriction on operations
-- Construction of new/retirement of old control equipment

#### Case 3

-- No restriction on operations
-- Removal of control equipment/use of clean fuel

UARG1 0000296