# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

**UNITED STATES' BRIEF IN SUPPORT OF ITS**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

# Exhibit A

| No. | Control Number | Date Created | Date Sent | Custodian | Page Count | File Name | File Extension | Subject | To | From | CC | Privilege Bases Asserted | Document Description and Reason for Privilege Bases Asserted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | AMPR1000403135 | 5/5/2005 0:00 | | WhitworthSteve | 0 | EA36mbyUnitUECoal.xls | xls | | | | | Attorney Client; Work Product | Draft document prepared at request of counsel and shared with counsel for use and reference and to facilitate the provision of legal advice regarding pending matters |
| 196 | AMPR1000403137 | 5/5/2005 0:00 | | WhitworthSteve | 0 | EA36mbyUnitRI.xls | xls | | | | | Attorney Client; Work Product | Draft document prepared at request of counsel and shared with counsel for use and reference and to facilitate the provision of legal advice regarding pending matters |
| 202 | AMPR1000403152 | 8/5/2010 0:00 | | WhitworthSteve | 0 | Rush Island 2 Spring 2010 Emission Analsysi.xls | xls | | | | | Attorney Client; Work Product | Draft document prepared at request of counsel and shared with counsel for use and reference, and to facilitate the provision of legal advice regarding pending matters |
| 273 | 1000001179 | 1/15/2009 0:00 | | Leingang, William | 2 | Rush 2 Boiler Contract Meeting Notes 1 15 2009.doc | doc | | | | | Attorney Client; Work Product | Document summarizing agenda and discussions from meeting which included counsel containing/reflecting legal advice of counsel regarding contractual relationship |
| 274 | 1000022095 | 8/13/2010 0:00 | | HutchesonMichael | | 2009_2010 RUSH UNIT 2.xls | xls | | | | | Attorney Client; Work Product | Workpapers/background materials organized for and supporting document prepared at request of counsel containing/reflecting legal advice and prepared to facilitate provision of legal advice in existing litigation |
| 275 | 1000022106 | 1/6/2011 0:00 | | HutchesonMichael | | Rush 2 Hourly Highs Evaluated.xls | xls | | | | | Attorney Client; Work Product | Draft workpapers/analysis prepared to assist in preparation of and support document prepared at request of counsel containing/reflecting legal advice and prepared to facilitate provision of legal advice in existing litigation |

| # | Bates | Date | | Author | | Filename | Type | | | | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | 1000022107 | 1/6/2011 0:00 | | HutchesonMichael | | Rush 2 Hourly Highs.xls | xls | | | | | Attorney Client; Work Product | Draft workpapers/analysis prepared to assist in preparation of and support document prepared at request of counsel containing/reflecting legal advice and prepared to facilitate provision of legal advice in existing litigation |
| 277 | 1000022119 | 5/5/2005 0:00 | | HutchesonMichael | | EA36mbyUnitRI.xls | xls | | | | | Attorney Client; Work Product | Information prepared at request of counsel to assist in legal analysis and in preparation of and support of document prepared at request of counsel to facilitate provision of legal advice in existing litigation |
| 278 | 1000022121 | 5/5/2005 0:00 | | HutchesonMichael | | EA36mbyUnitUECoal.xls | xls | | | | | Attorney Client; Work Product | Information prepared at request of counsel to assist in legal analysis and in preparation of and support of document prepared at request of counsel to facilitate provision of legal advice in existing litigation |
| 280 | 1000022128 | 12/4/2009 0:00 | | HutchesonMichael | | summary table.xls | xls | | | | | Attorney Client; Work Product | Document prepared at request of counsel to faciliate provision of legal advice in existing litigation and reflecting/containing legal advice |
| 441 | AMPR1000402737 | 11/10/2009 0:00 | | Ken Anderson | | MO NSR Project Outages.xls | xls | | | | | Attorney Client; Work Product | Document reflecting legal advice and analysis regarding environmental regulatory issues related to pending litigation |
| 464 | AMPR1000402905 | 12/9/2008 0:00 | | Daniel Schaeffer | | Rush Island Engr Projects.xls | xls | | | | | Attorney Client; Work Product | Document containing information and analyses prepared for and at request of counsel |
| 500 | AMPR1000404010 | 2/3/2010 0:00 | | MeinersBob | 30 | Project Review Board Presentation - Rush Island FGD - Final.pdf | pdf | | | | | Attorney Client; Work Product | Document prepared at request of counsel and shared with counsel for use and reference and to facilitate the provision of legal advice regarding existing matters |

CONFIDENTIAL/TRADE SECRET - SUBJECT TO PROTECTIVE ORDER - CA NO. 4:11-CV-00077 (E.D. Mo.)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 616 | 1000021912 | 6/9/2010 0:00 | | HutchesonMichael | | NSPS Modification Analysis.xls | xls | | | | | Work Product | Document prepared at request of counsel containing/reflecting legal advice and prepared to facilitate provision of legal advice in existing matter |
| 617 | 1000021913 | 4/21/2010 0:00 | | HutchesonMichael | 136 | Supplemental Data Binder 04-22.pdf | pdf | | | | | Work Product | Draft document prepared at request of counsel for purpose of legal analysis and rendering legal advice in existing matter |
| 618 | 1000021934 | 12/30/2009 0:00 | | HutchesonMichael | | Rush Island Unit 1 Hourly Data Analysis.xls | xls | | | | | Work Product | Document prepared at request of counsel for purpose of rendering legal advice in existing matter |
| 619 | 1000021935 | 12/30/2009 0:00 | | HutchesonMichael | | Rush Island Unit 2 Hourly Data Analysis.xls | xls | | | | | Work Product | Document prepared at request of counsel for purpose of rendering legal advice in existing matter |
| 620 | 1000022113 | 2/4/2011 0:00 | | HutchesonMichael | | Rush 2 Post April 13.xls | xls | | | | | Attorney Client | Document prepared at request of counsel containing/reflecting legal advice and prepared to facilitate provision of legal advice in existing matter |
| 621 | 1000152057 | 6/27/2011 0:00 | | General | | Reasonable Possiblity Post Project Record.xlsx | xlsx | | | | | Attorney Client | Document prepared at request of counsel to facilitate provision of legal advice and containing/reflecting legal analysis and legal advice of counsel regarding |
| 645 | 1000286279 | 1/6/2011 0:00 | | HughesSteve | | Rush 2 Hourly Highs (2).xls | xls | | | | | Attorney Client; Work Product | Document containing information and analyses prepared for and at request of counsel |
| 647 | 1000286818 | 1/6/2011 0:00 | | HughesSteve | | Rush 2 Hourly Highs Evaluated.xls | xls | | | | | Attorney Client; Work Product | Document containing information and analyses prepared for and at request of counsel |
| 664 | ADRE1000347159 | 1/29/2010 0:00 | | EnvironmentalDept | | rush 2 outage.xls | xls | | | | | Attorney Client; Work Product | Draft analysis prepared at counsel's request to facilitate provision of legal advice regarding environmental and regulatory issues |
| 667 | ADRE1000348824 | 11/26/2003 0:00 | | MenneMike | 3 | NSR Letter.doc | doc | | | | | Attorney Client; Work Product | Draft correspondence containing/reflecting work product and legal advice of counsel |