**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 4:11-cv-00077-RWS |
| | ) |
| AMEREN MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER/ MOTION TO QUASH DEFENDANT'S SUBPOENA TO THE ELECTRIC POWER RESEARCH INSTITUTE**

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Transcript Excerpt of 9-9-2014 Status Conference in United States v. Ameren Missouri (Excerpt) |
| B | Subpoena from Ameren Missouri to EPRI Dated 9-19-2014 |
| C | Plaintiff's Responses and Objections to Defendant's Interrogatory No. 2(b) in *United States v. Ameren Missouri* (Excerpt) |
| D | Expert Report of Robert Koppe 12-20-2013 (Excerpt) **(UNDER SEAL)** |
| E | Corrected Expert Report of Myron Adams Dated 2-24-2014 **(UNDER SEAL)** |
| F | Transcript of 2-27-2014 Deposition of Robert Koppe (Excerpt) **(UNDER SEAL)** |
| G | Expert Report of Michael King Dated 5-16-2014 **(UNDER SEAL)** |