**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| AMEREN MISSOURI, ) | |
| Defendant. ) | |

**PLAINTIFF UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER/ MOTION TO QUASH DEFENDANT'S SUBPOENA TO THE ELECTRIC POWER RESEARCH INSTITUTE**

# Exhibit D

## Filed Under Seal Pursuant to ECF No. 90