UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:11-CV-00077-RWS |
| ) | |
| **AMEREN MISSOURI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT PROPOSED AGENDA ITEMS FOR OCTOBER 20 HEARING

Plaintiff United States of America and Defendant Ameren Missouri (collectively, the "Parties"), hereby respectfully propose to address to the Court the items set forth below, time permitting, at the October 20, 2014 hearing. The Parties have conferred and submit the proposed agenda items below for the Court's consideration and for discussion at the hearing or at another time befitting the Court's calendar.

### United States' Proposed Agenda Items

1. United States' Motion to Compel Production of Communications Between Defendant Ameren Missouri and Third Party Utility Industry Associations (ECF Nos. 369, 370).

2. United States' Motion to Compel Documents from Defendant's Privilege Log (ECF Nos. 371, 373).

3. United States' Motion for Protective Order/Motion to Quash Defendant's Subpoena to the Electric Power Research Institute (ECF Nos. 375, 377).

4. Status of United States' Notice of Withdrawal of Testifying Expert Witness Due to Serious Illness (ECF No. 364) and position with regard to expert testimony on "Routine Maintenance, Repair, and Replacement."

## Ameren's Proposed Agenda Items

1. United States' Supplemental Expert Report of Robert H Koppe and Supplemental Expert Report of Ezra Hausman.

2. Ameren Missouri's Motion to Compel Production of Documents from EPA's Privilege Log (ECF Nos. 335, 336).

3. Ameren Missouri's Motion to Compel Production of EPA Presentation (ECF Nos. 330, 333).

Respectfully submitted on this 10th day of October, 2014.


/s/ Andrew C. Hanson
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-9859
Facsimile:  (202) 616-6584
Andrew.hanson2@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

*Counsel for Plaintiff the United States of America*


OF COUNSEL:
SEEMA KAKADE
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ALEX CHEN
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219

Respectfully submitted on this 10th day of October, 2014.


/s/ Matthew B. Mock
Ronald S. Safer (pro hac vice)
Patricia Brown Holmes (pro hac vice)
Renee Cipriano (pro hac vice)
Steven J. Bonebrake (pro hac vice)
Matthew B. Mock (pro hac vice)
Schiff Hardin LLP
233 South Wacker Drive Suite 6600
Chicago, Illinois 60606
(312) 258-5500
Fax:  (312) 258-5600

James J. Virtel
Armstrong Teasdale LLP
7700 Forsyth Boulevard Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314) 612-2298
jvirtel@armstrongteasdale.com


*Counsel for Defendant Ameren Missouri*