**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-cv-00077-RWS |
| ) | |
| AMEREN MISSOURI, ) | Judge Rodney W. Sippel |
| ) | |
| Defendant. ) | |

## UNITED STATES' CROSS-MOTION FOR A SETTLEMENT PROTECTIVE ORDER

For the reasons set forth in the accompanying memorandum, the United States respectfully files this Cross-Motion for a Settlement Protective Order in response to Ameren's Motion for a Settlement Protective Order (ECF Doc. No. 471). Because the parties could not reach agreement on two issues, the United States cross-moves for a Settlement Protective Order containing modestly different terms. The United States' proposed Order is attached as Appendix A to its Memorandum in Support of this Motion. In addition, a redline illustrating the changes to Ameren's proposed Order is attached thereto as Exhibit B.

Pursuant to Local Rule 3.04, on several occasions the United States conferred in good faith with Ameren counsel regarding the requested relief. Despite the United States' sincere efforts to resolve this issue, counsel were unable to reach an accord.

WHEREFORE, as discussed in the accompanying memorandum in support, Plaintiff respectfully requests that the Court grant this motion and enter Plaintiff's proposed Settlement Protective Order.

Dated January 22, 2015                             Respectfully submitted,

                                                  JOHN C. CRUDEN
Assistant Attorney General

/s/ Bradford T. McLane
Andrew C. Hanson
Bradford T. McLane
Nigel B. Cooney
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 305-0544
Facsimile:  (202) 616-6584
E-mail:  Bradford.mclane@usdoj.gov

Suzanne Moore
Andrew Lay
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone:  (314) 539-2547
Facsimile:  (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

OF COUNSEL:

Sara Froikin
Attorney-Advisor
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Sara Hertz Wu
Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA, Region 7
901 North 5th Street
Kansas City, Kansas 66101

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

> Ronald S. Safer (pro hac vice)
> Patricia Brown Holmes (pro hac vice)
> Renee Cipriano (pro hac vice)
> Steven J. Bonebrake (pro hac vice)
> Matthew B. Mock (pro hac vice)
> Schiff Hardin LLP
> 233 South Wacker Drive Suite 6600
> Chicago, Illinois 60606
> Phone: (312) 258-5500
> Fax: (312) 258-5600
>
> James J. Virtel
> Armstrong Teasdale LLP
> 7700 Forsyth Boulevard Suite 1800
> St. Louis, Missouri  63105
> Phone: (314) 621-5070
> Fax: (314) 612-2298
> jvirtel@armstrongteasdale.com
>
> Attorneys for Ameren Missouri

                                      */s/ Bradford T. McLane*
                                      Bradford T. McLane