UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** the Court adopts the parties' joint proposed structure for oral argument on summary judgment and Daubert motions #[677].  The following time limits will apply to the oral argument schedule.  These time limits will be strictly enforced.

a) For the summary judgment motions, each party shall have 20 minutes to argue their position, plus the moving party shall have 5 minutes for rebuttal.

b) For the two topics on which the parties filed cross-motions for summary judgment (the RMRR and Causation/Demand Growth motions), each party shall have 30 minutes to argue their position, plus each party shall have 5 minutes for rebuttal.

c) For the Daubert motions and for the United States' two additional motions to strike or exclude testimony, each party shall have 15 minutes to argue their position.  There will not be any time for rebuttal argument on these motions.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2015.