UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Ameren Missouri's Motion to Reschedule Status Hearing #[853] is **GRANTED in part** and **DENIED in part**. The status conference previously scheduled for February 15, 2017 will now be held **Thursday, February 16, 2017 at 11:00 a.m. in courtroom 16-South**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2017.