**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:11 CV 77 RWS |
| ) | |
| **AMEREN MISSOURI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**SIERRA CLUB'S MOTION TO INTERVENE**

Sierra Club respectfully moves to intervene in the above-captioned proceeding pursuant to Section 304 of the Clean Air Act and Fed. R. Civ. P. 24(a). Section 304(b)(1)(B) provides that "any person may intervene as a matter of right" in a Clean Air Act enforcement suit brought by EPA or a state. 42 U.S.C. § 7604(b)(1)(B). Sierra Club counsel consulted the parties, and has been advised that this motion is opposed by the defendant, and that the United States has not yet determined its position. A memorandum setting forth Sierra Club's contentions of fact and law, argument, and authorities accompanies this motion. In accordance with Rule 24(c), Sierra Club's [Proposed] Complaint in Intervention is attached hereto as Exhibit A.

Date:  February 15, 2017          Respectfully submitted,

/s/ Benjamin Blustein
Benjamin Blustein (*pro hac vice motion pending*)
MINER, BARNHILL & GALLAND, P.C.
325 N. LaSalle, Suite 350
Chicago, IL  60654
Tel:  (312) 751-1170

Fax:  (312) 751-0438
bblustein@lawmbg.com

David Baltmanis (*pro hac vice motion pending*)
MINER, BARNHILL & GALLAND, P.C.
325 N. LaSalle, Suite 350
Chicago, IL  60654
Tel:  (312) 751-1170
Fax:  (312) 751-0438
dbaltmanis@lawmbg.com

Sunil Bector (*pro hac vice motion pending*)
SIERRA CLUB
2101 Webster, Suite 1300
Oakland CA 94612
Tel:  (415) 977-5759
Fax:  (415) 977-5793
sunil.bector@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

Case: 4:11-cv-00077-RWS   Doc. #:  858   Filed: 02/15/17   Page: 2 of 3 PageID #: 48499

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I caused a copy of the foregoing Motion to Intervene to be filed and served upon all counsel of record via CM/ECF.

>*/s/ Sunil Bector*
>Counsel for Sierra Club