UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| and | ) |
| SIERRA CLUB, | ) |
| Plaintiff-Intervenor, | ) |
| vs. | ) Case No.  4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

# ORDER

In accordance with and for the reasons stated on the record at the hearing held February 16, 2017,

**IT IS HEREBY ORDERED** that Intervenor Plaintiff Sierra Club's Motion to Intervene #[858] is **GRANTED** without prejudice to Ameren filing its objections to the motion.  Ameren must file its written opposition no later than **March 2, 2017**.  Any reply is due no later than **March 10, 2017**.

**IT IS FURTHER ORDERED** that amended Rule 26 disclosures must be made no later than **April 5, 2017**.

**IT IS FURTHER ORDERED** that a scheduling conference for the remedial stage of this case will be held **Thursday, April 20, 2017 at 10:00 a.m.** in courtroom 16-South. The parties must submit a joint proposed scheduling plan no later than **April 13, 2017**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2017.