UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 16 SOUTH
COURTROOM MINUTE SHEET CIVIL

CASE NO. 4:11cv77 RWS

STYLE:   United States of America v. Ameren Missouri

DATE:  4/12/2018

Court Reporter:   Shannon White

Deputy Clerk: Cheryl Ritter

Attorneys for Plaintiff: James Beers, Andrew Lay & Elias Quinn

Attorneys for Defendant: David Scott & John Cowling

Attorneys for Intervenor: Benjamin Blustein & Sunil Bector

(X)   Parties present for hearing on:

Status Conference.   Scheduling matters discussed.   Order to follow.

Proceeding Commenced and Ended:   11:08 am – 11:16 am