# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| SIERRA CLUB, ) | |
| ) | Civil Action No. 4:11-cv-00077-RWS |
| Plaintiff-Intervenor, ) | |
| ) | Judge Rodney W. Sippel |
| v. ) | |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## JOINT PROPOSED PRETRIAL ORDER – REMEDY PHASE

Plaintiff United States of America, Plaintiff-Intervenor Sierra Club (collectively, "Plaintiffs"), and Defendant Ameren Missouri (collectively with Plaintiffs, the "Parties"), hereby respectfully submit the following joint proposed schedule for pretrial filings in the remedy phase of this case. Based on discussion during the December 20, 2018 hearing, the Parties understood the Court would consider such a joint proposal. The Parties will be prepared to discuss their joint proposal with the Court after the February 12, 2019 oral argument should the Court wish to hear from the Parties.

The below proposal substantially mirrors the timing and content of the Court's pre-trial order for the liability trial (ECF No. 728) and notes which filings will be joint filings by Plaintiff the United States and Plaintiff-Intervenor Sierra Club to avoid unnecessary and burdensome duplication in pre-trial submissions.

1. Due by March 8, 2019:

    - Each party's list of witnesses who will be called to testify and those who may be called to testify;
    - Plaintiffs' and Defendant's lists of potential trial exhibits, identifying those that will be introduced into evidence and those that may be introduced into evidence;
        - The Parties shall also submit copies of all potential trial exhibits, and copies of all affidavits or declarations pursuant to Fed. R. Evid. 902(11) or 902(12), to opposing counsel for examination;
    - Plaintiffs' and Defendant's designations of deposition testimony;
    - Plaintiffs' and Defendant's designations of admissions and interrogatory responses.

    All above submissions shall be filed with the Court via the CM/ECF filing system, except for the copies of potential trial exhibits, which the parties shall exchange but which shall not be filed with the Court.

2. Due by March 27, 2019:

    - Joint Stipulation of Uncontested Facts
    - Plaintiffs and Defendant shall file their objections to the opposing party's/parties' witness list(s);
    - Plaintiffs and Defendant shall file their objections to the opposing party's/parties' exhibit list;
    - Plaintiffs and Defendant shall file objections to and counter-designations of the opposing party's/parties' designated deposition testimony;
    - Plaintiffs and Defendant shall file objections to and counter-designations of the opposing party's/parties' designated admissions and interrogatory responses;
    - Any motions *in limine*;
    - Plaintiffs' and Defendant's pre-trial briefs.

3. Due by April 2, 2019:

    - Plaintiffs' and Defendant's briefs in opposition to any motion *in limine*.

4. April 4, 2019:

    - Final Pre-Trial Conference and hearing on any motions *in limine*.

5. April 7, 2019 at 9:00 a.m.:

- Exchange of demonstratives for Trial Day 1.
- During trial, the parties shall exchange demonstratives by 7:00 pm on the day before such demonstratives will be presented at trial.

6. April 8, 2019:

- Trial

Dated: February 5, 2019

 /s/ Matthew B. Mock

Matthew B. Mock (admitted *pro hac vice*)
SCHIFF HARDIN LLP
One Market, Spear Street Tower Suite 3100
San Francisco, California 94105
Tel:  (415) 901-8700
Fax:  (415) 901-8701
mmock@schiffhardin.com

Renee Cipriano
David C. Scott
Joshua R. More
Mir Y. Ali
Molly L. Wiltshire
Daniel J. Schufreider
(All admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

John F. Cowling

Respectfully submitted,

BRUCE GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

 /s/ James W. Beers, Jr.

James W. Beers, Jr.
Anna Cross
Jason A. Dunn
Elias L. Quinn
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 202-0455
Facsimile: (202) 616-6584
E-mail: james.beers@usdoj.gov
anna.cross@usdoj.gov
jason.dunn@usdoj.gov
elias.quinn@usdoj.gov

ANDREW J. LAY #39937MO
Assistant United States Attorney
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone: (314) 539-2200

3

ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:  (314) 621-5070
Fax:  (314) 621-5065

*Counsel for Defendant Ameren Missouri*

Facsimile: (314) 539-2309
E-mail: Andrew.Lay@usdoj.gov

*Counsel for Plaintiff United States of America*


/s/ Benjamin Blustein
Benjamin Blustein (pro hac vice)
David Baltmanis (pro hac vice)
MINER, BARNHILL & GALLAND, P.C.
325 N. LaSalle, Suite 350
Chicago, IL 60654
Tel: (312) 751-1170
Fax: (312) 751-0438
bblustein@lawmbg.com
dbaltmanis@lawmbg.com

Sunil Bector (pro hac vice)
SIERRA CLUB
2101 Webster, Suite 1300
Oakland CA 94612
Tel: (415) 977-5759
Fax: (510) 208-3140
sunil.bector@sierraclub.org

*Counsel for Intervenor-Plaintiff Sierra Club*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/ Matthew B. Mock