**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:11-CV-00077-RWS |
| | ) |
| **SIERRA CLUB** | ) Judge Rodney W. Sippel |
| | ) |
| **Plaintiff-Intervenor** | ) |
| | ) |
| v. | ) |
| | ) |
| **AMEREN MISSOURI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## AMEREN MISSOURI'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 4, notice is hereby given that Defendant Ameren Missouri hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment (ECF #1123) entered in this action on September 30, 2019, and from all antecedent adverse orders.

Dated:  October 2, 2019          /s/ *Matthew B. Mock*

                                       Matthew B. Mock (admitted *pro hac vice*)
                                       SCHIFF HARDIN LLP
                                       One Market, Spear Street Tower Suite 3100
                                       San Francisco, California 94105
                                       Tel:  (415) 901-8700
                                       Fax:  (415) 901-8701
                                       mmock@schiffhardin.com

                                       Renee Cipriano
                                       David C. Scott
                                       Neil Lloyd
                                       Mir Y. Ali

        Molly L. Wiltshire
        Daniel J. Schufreider
        (All admitted *pro hac vice*)
        SCHIFF HARDIN LLP
        233 South Wacker Drive, Suite 7100
        Chicago, Illinois 60606
        Tel:  (312) 258-5500
        Fax:  (312) 258-5600

        Ronald S. Safer (*pro hac vice*)
        RILEY SAFER HOLMES & CANCILA LLP
        70 W. Madison, Suite 2900
        Chicago, Illinois 60602
        Tel:  (312) 471-8700
        Fax:  (312) 471-8701

        John F. Cowling
        ARMSTRONG TEASDALE LLP
        7700 Forsyth Boulevard, Suite 1800
        St. Louis, Missouri  63105
        Tel:  (314) 621-5070
        Fax:  (314) 621-5065

        *Counsel for Defendant Ameren Missouri*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

*/s/ Matthew B. Mock*
Matthew B. Mock