**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>SIERRA CLUB,<br><br>        Plaintiff-Intervenor,<br><br>                v.<br><br>AMEREN MISSOURI,<br><br>        Defendant. | Civil Action No. 4:11-cv-00077-RWS |

**EXHIBIT 2 TO**
**PLAINTIFF UNITED STATES' NOTICE REGARDING AMEREN'S NON-COMPLIANCE WITH THIS COURT'S REMEDY ORDER, AND REQUEST FOR STATUS CONFERENCE**

| APCP USE ONLY | |
|---|---|
| CHECK NO.: | CHECK RECD: |
| CHECK AMOUNT:<br>$ | CHECK DATE: |
| PROJECT NUMBER: | |

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
**AIR POLLUTION CONTROL PROGRAM**
**APPLICATION FOR AUTHORITY TO CONSTRUCT**

All applications must be submitted with a **$100 filing fee**, except amendments. An application received on or after Jan. 1, 2017, must be submitted with the following filing fee: no filing fee for an amendment; **$250** for Sections (3), (5), and (6); **$5,000** for Sections (7), (8), and (9); $2,500 for PAL renewal. A **$50** per hour processing fee (**$75** per hour effective Jan. 1, 2017) will be assessed at the end of the review, unless no permit is required.

1.) INSTALLATION NAME
Ameren Missouri Rush Island Energy Center

2.) INSTALLATION STREET ADDRESS
100 Big Hollow Road.

3.) INSTALLATION MAILING ADDRESS

| 4.) INSTALLATION CITY<br>Festus | | STATE:<br>MO | | ZIP CODE<br>63028 | |
|---|---|---|---|---|---|
| 5.) COUNTY<br>Jefferson | 6.) 1/4, OF<br>NE | 1/4, OF<br>NW | SECTION<br>4 | TOWNSHIP<br>T40 | RANGE<br>R7E |
| 7.) FINAL PRODUCT / PRINCIPLE ACTIVITY<br>Electricity / Electric Generation | | | | 8.) SIC CODE | |

9.) PARENT COMPANY
Union Electric Company dba Ameren Missouri

10.) PARENT COMPANY MAILING ADDRESS
1901 Chouteau Ave.

| 11.) PARENT COMPANY CITY<br>St. Louis | STATE<br>MO | ZIP CODE<br>66149 |
|---|---|---|
| 12.) CONTACT PERSON<br>Michael J. Hutcheson | CONTACT PERSON'S TITLE<br>Supervisor, Air Quality Permitting and Compliance | |

13.) CONTACT PERSON'S MAILING ADDRESS
1901 Chouteau Ave. PO Box 66149 mc 602

| 14.) CONTACT PERSON'S CITY<br>St. Louis | STATE<br>MO | ZIP CODE<br>66149 |
|---|---|---|
| 15.) CONTACT PERSON'S TELEPHONE NUMBER WITH AREA CODE<br>314.554.2319 | 16.) CONTACT PERSON'S FAX NUMBER<br>314.554.4182 | |

17.) CONTACT PERSON'S EMAIL ADDRESS
mhutcheson@ameren.com

18.) UNIFIED REVIEW
Yes ☐   No ☑

19.) THIS APPLICATION IS FOR

Modification or Addition to an Existing Installation ☑      New Installation ☐
Amendment to Existing Permit: Permit No. _____      Temporary / Pilot Plant ☐

| 20.) FIPS COUNTY ID NUMBER<br>099 | 21.) PLANT ID NUMBER<br>099-0016 |
|---|---|
| 22.) PROJECTED DATE TO COMMENCE CONSTRUCTION<br>N/A | 23.) PROJECTED DATE OF OPERATION STARTUP<br>N/A |

**APPLICANT'S CERTIFICATION STATEMENT:** I certify that I have personally examined and am familiar with the information in this application and believe that the information submitted is accurate and complete. I am aware that making a false statement or misrepresentation in this application is grounds for denying or revoking the construction permit. I may also be guilty of a misdemeanor and upon conviction, may be punished by fine or imprisonment.

| SIGNATURE OF RESPONSIBLE OFFICIAL | DATE<br>December 23, 2019 |
|---|---|
| TYPE OR PRINT NAME OF RESPONSIBLE OFFICIAL<br>Steven C. Whitworth | RESPONSIBLE OFFICIAL'S TELEPHONE NUMBER WITH AREA CODE<br>314.554.4908 |
| OFFICIAL TITLE OF RESPONSIBLE OFFICIAL<br>Senior Director, Environmental Policy and Analysis | |

MO 780-1323 (07-16)

24.) PROJECT DECSRIPTION AND NARRATIVE

Ameren Missouri is requesting a construction permit for installation of flue gas desulfurization systems on Units 1 & 2 at the Rush Island Energy Center in accordance with the recent order of Judge Sippel of the U.S. District Court Eastern District of Missouri dated September 30, 2019.  Ameren Missouri has appealed the September 30 remedy decision along with an earlier 2017 liability ruling to the Eighth Circuit Court of Appeals.  In the remedy order the Court determined that wet flue-gas desulfurization constituted Best Available Control Technology (BACT) and required Ameren Missouri to "operate Rush Island Units 1 and 2 in compliance with an emissions limit that is no less stringent than 0.05 lb SO2/mmBtu on a thirty-day rolling average".  This permit application is intended to fulfill the requirements of the Court's order to apply for a PSD permit proposing wet FGD as BACT.

The timing of this submittal is required by the Court's Order but the engineering design, procurement and construction has been stayed until resolution of this matter by the Court of Appeals.  Accordingly, Ameren is unable to provide the detailed design information of the FGD system including FGD process data, system layouts, or ancillary process unit information.  Ameren intends to supplement this application and provide all design information necessary for MDNR to complete the application review and permit development in the future as an update to this application once the FGD design phase is completed, pending the outcome of the appeal.

The Ameren Missouri Rush Island Energy Center is located in Festus, Missouri, in Jefferson County. Rush Island has two coal-fired boilers with a nominal generating capacity of 630 megawatts (MW) gross each. The boilers each have an electrostatic precipitator (ESP) to reduce particulate matter (PM10) emissions. Based on Ameren's design specification for the proposed wet FGD system at Rush Island the major components of the proposed wet FGD project will likely include the following:

• A single new chimney with two flues, one flue for each unit;
• Two spray absorber towers, one for each unit, and associated equipment (such as pumps, blowers, electrical equipment, etc.);
• Limestone unloading, storage and handling systems;
• A gypsum slurry waste handling system.

The Rush Island Wet FGD Retrofit Project assumes the use of a slurry of milled limestone as the reactant in the absorber towers. Therefore, the conceptual design as described in this application includes the construction of limestone unloading, storage and handling systems and equipment, and reactant preparation equipment (if needed). Detailed information about the proposed limestone handling system, and related material handling emissions, will be provided once final design of the scrubber system has been developed.

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.1**  Process Flow Diagram for Facility According to Proposed Application

| INSTALLATION NAME (A.) | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

For a new installation, show the entire installation. For an addition to an existing installation, show only the new processes/equipment/emission points and begin the ID numbering where the existing EIQ emission point numbers leave off. If the application is for a modification or an addition to an existing emission point or unit, show the upstream and downstream point(s) or the equipment that this modification will affect.

The Rush Island Energy Center EGUs are pulverized coal fired boilers with a tangiential low NOx burner arrangement with separated overfire air for additional NOx control.  Currently, flue gas from the boilers passes over the air preheater through the cold side electrostatic precipitators (ESP) and up the stack to be exhausted.  Installation of the flue gas desulfurization systems is expected to be after the ESPs for each unit and be followed by a single new chimney (with a flue for each unit).

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.2** Summary of Emission Points Affected by this Application (duplicate this form as needed)

| INSTALLATION NAME (A.)  Ameren Missouri Rush Island Energy Center | FIPS COUNTY NO B.)  099 | PLANT NO. (C.)  0016 |
|---|---|---|
| POINT NO.  (I.E. EP-01, EP-02, ETC.) (D.) | POINT DESCRIPTION (USE same description on FORM 2.0) (E.) | REFERENCE WORKSHEET(S) FORM NUMBERS USED WITH FORM 2.0 (F.) |
| B-1 | 5922 mmBtu/hr coal fired steam electric generating unit | |
| B-2 | 5922 mmBtu/hr coal fired steam electric generating unit | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.3** Plant Layout Diagram

| INSTALLATION NAME (A.) | FIPS COUNTY NO.(B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

Use this page or a separate sheet to provide a Plant Layout Diagram.
**Refer to the Permits Instruction Packet for details.**

Plant layout to be determined.

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2.0** Emission Point Information (duplicate this form as needed.)

| INSTALLATION NAME (A.) | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

## POINT IDENTIFICATION

| POINT NO. (D.) | POINT DESCRIPTION (E.) | | |
|---|---|---|---|
| B-1 (B-2 identical) | Coal Fired Electric Generating Units | | |

| SOURCE CLASSIFICATION CODE (SCC) (F.) | MAKE (G.) | MODEL (H.) | YEAR (I.) |
|---|---|---|---|
| 10100226 | Combustion Eng. | | 1971 |

## STACK/VENT PARAMETERS

| STACK NO. (J.) | HEIGHT (FT) (K.) | DIAMETER (FT) (L.) |
|---|---|---|
| To Be Determined | To Be Determined | To Be Determined |

| TEMPERATURE (F) (M.) | VELOCITY (FT/MIN) (N.) | FLOW RATE (STANDARD CUBIC FT/MIN) (O.) |
|---|---|---|
| To Be Determined | To Be Determined | To Be Determined |

## OPERATING RATE/SCHEDULE

| EXPECTED ANNUAL THROUGHPUT (P.) | UNITS (Q.) | MAXIMUM HOURLY DESIGN RATE (R.) | UNITS/HR (S.) |
|---|---|---|---|
| | | 5922 | mmBtu/hr |

| HOURS/DAY (T.) | DAYS/WEEK | WEEKS/YEAR |
|---|---|---|
| 24 | 7 | 52 |

## AIR POLLUTION CONTROLS

| DEVICE NO. (U.) | CONTROL DEVICE DESCRIPTION (V.) | Control Device Destruction/Removal Efficiency % (w.) | | | | | |
|---|---|---|---|---|---|---|---|
| | | PM₁₀ | SOₓ | NOₓ | VOC | CO | HAPs |
| TBD | Wet Flue Gas Desulfurization | | 90-95 | | | | |
| | | | | | | | |
| | | | | | | | |

| DEVICE NO. | DESCRIPTION OF COLLECTION/SUPPRESSION SYSTEM (X.) |
|---|---|
| | enclosed/ducted flue |
| | |
| | |

## CALCULATION SECTION (Y.)

| POLLUTANT | EMISSION FACTOR | EMISSION FACTOR UNITS | OVERALL CONTROL EFFICIENCY | EMISSION RATE (LB/HR) | POTENTIAL EMISSIONS (TONS/YR) |
|---|---|---|---|---|---|
| SO2 | 0.05 (Controlled) | #/mmBtu | | 296.1 | 1297 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2.1** Fuel Combustion Information (duplicate this form as needed.)

| INSTALLATION NAME (A.) | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 099-0016 |

## COMBUSTION EQUIPMENT INFORMATION

| POINT NO. (D.) | SCC (E.) |
|---|---|
| B-1 & B-2 | 10100226 |

| (F.) EQUIPMENT DESCRIPTION (MAKE/MODEL) | (G.) YEAR PUT IN SERVICE | (H.) MAXIMUM DESIGN RATE (MILLION BTU/HR) |
|---|---|---|
| B-1 | 1971 | 5922 |
| B-2 | 1971 | 5922 |
|  |  |  |
| Sum of Total Maximum Hourly Design Rates | | 11844 |

## FUEL INFORMATION

(I.)　　　FUEL TYPE

| Oil | Gas | Coal | Other |
|---|---|---|---|
| ☑ Distillate (Fuel Oil 1-4) | ☐ Natural Gas | ☐ Anthracite | ☐ Refuse |
| ☐ Residual Fuel Oil (5-6) | ☐ LPG/Propane | ☑ Bituminous | ☐ Trade Wastes |
| ☐ Waste Oil |  | ☐ Lignite | ☐ Other (specify) |

| FUEL (J.) | ANNUAL THROUGHPUT (K.) | UNITS (L.) | % SULFUR BY WEIGHT (M.) | % ASH BY WEIGHT (N.) |
|---|---|---|---|---|
| Coal | ~ 46,000,000 (each) | mmBtu |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| FUEL TOTALS AND WEIGHTED AVERAGES |  |  |  |  |

Comments:
Distillate oil for startup and coal ignition only.  Units fired with bituminous and sub-bituminous coals historically.

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2. T Hazardous Air Pollutant Information** (duplicate this form as needed)

| INSTALLATION NAME (A.) | | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|---|
| Ameren Missouri Rush Island Energy Center | | 099 | 0016 |

Use this form to report any hazardous air pollutant (HAP) expected to be handled in amounts greater than 20 pounds per year. The instructions for this form provide a list of the HAPs regulated under the Clean Air Act. The amount emitted should be reported before control equipment reductions are applied. Be sure to include the MSDS for any material containing HAPs.

| POINT NO. (D.) | SCC (E.) | | |
|---|---|---|---|
| HAP CHEMICAL (F.) | CAS NUMBER (G.) | AMOUNT USED OR EXPECTED TO BE HANDLED (LBS/YEAR) (H.) | UNITS (I.) |
| None Handled | | | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

***NOTE*: Attach Material Safety Data Sheets (MSDS) for Verification**

Comments:

MO 780-1323 (07-18)

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
**AIR POLLUTION CONTROL PROGRAM**
**APPLICATION FOR AUTHORITY TO CONSTRUCT**

| APCP USE ONLY | |
|---|---|
| CHECK NO.: | CHECK RECD: |
| CHECK AMOUNT: $ | CHECK DATE: |
| PROJECT NUMBER: | |

All applications must be submitted with a **$100** filing fee, except amendments. An application received on or after Jan. 1, 2017, must be submitted with the following filing fee: no filing fee for an amendment; **$250** for Sections (3), (5), and (6); **$5,000** for Sections (7), (8), and (9); **$2,500** for PAL renewal. A **$50** per hour processing fee (**$75** per hour effective Jan. 1, 2017) will be assessed at the end of the review, unless no permit is required.

**1.) INSTALLATION NAME**
Ameren Missouri Rush Island Energy Center

**2) INSTALLATION STREET ADDRESS**
100 Big Hollow Road.

**3.) INSTALLATION MAILING ADDRESS**

| **4.) INSTALLATION CITY** Festus | **STATE:** MO | **ZIP CODE** 63028 |
|---|---|---|

| **5.) COUNTY** Jefferson | **6.) 1/4, OF** NE | **1/4, OF** NW | **SECTION** 4 | **TOWNSHIP** T40 | **RANGE** R7E |
|---|---|---|---|---|---|

| **7.) FINAL PRODUCT / PRINCIPLE ACTIVITY** Electricity / Electric Generation | **8.) SIC CODE** |
|---|---|

**9.) PARENT COMPANY**
Union Electric Company dba Ameren Missouri

**10.) PARENT COMPANY MAILING ADDRESS**
1901 Chouteau Ave.

| **11.) PARENT COMPANY CITY** St. Louis | **STATE** MO | **ZIP CODE** 66149 |
|---|---|---|

| **12.) CONTACT PERSON** Michael J. Hutcheson | **CONTACT PERSON'S TITLE** Supervisor, Air Quality Permitting and Compliance |
|---|---|

**13.) CONTACT PERSON'S MAILING ADDRESS**
1901 Chouteau Ave. PO Box 66149 mc 602

| **14.) CONTACT PERSON'S CITY** St. Louis | **STATE** MO | **ZIP CODE** 66149 |
|---|---|---|

| **15.) CONTACT PERSON'S TELEPHONE NUMBER WITH AREA CODE** 314.554.2319 | **16.) CONTACT PERSON'S FAX NUMBER** 314.554.4182 |
|---|---|

**17.) CONTACT PERSON'S EMAIL ADDRESS**
mhutcheson@ameren.com

**18.) UNIFIED REVIEW**
Yes ☐   No ☑

**19.) THIS APPLICATION IS FOR**

Modification or Addition to an Existing Installation ☑     New Installation ☐
Amendment to Existing Permit: Permit No. _____          Temporary / Pilot Plant ☐

| **20.) FIPS COUNTY ID NUMBER** 099 | **21.) PLANT ID NUMBER** 099-0016 |
|---|---|

| **22.) PROJECTED DATE TO COMMENCE CONSTRUCTION** N/A | **23.) PROJECTED DATE OF OPERATION STARTUP** N/A |
|---|---|

**APPLICANT'S CERTIFICATION STATEMENT:** I certify that I have personally examined and am familiar with the information in this application and believe that the information submitted is accurate and complete. I am aware that making a false statement or misrepresentation in this application is grounds for denying or revoking the construction permit. I may also be guilty of a misdemeanor and upon conviction, may be punished by fine or imprisonment.

| SIGNATURE OF RESPONSIBLE OFFICIAL | DATE December 23, 2019 |
|---|---|
| TYPE OR PRINT NAME OF RESPONSIBLE OFFICIAL Steven C. Whitworth | RESPONSIBLE OFFICIAL'S TELEPHONE NUMBER WITH AREA CODE 314.554.4908 |
| OFFICIAL TITLE OF RESPONSIBLE OFFICIAL Senior Director, Environmental Policy and Analysis | |

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.1**  Process Flow Diagram for Facility According to Proposed Application

| INSTALLATION NAME (A.) | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

For a new installation, show the entire installation. For an addition to an existing installation, show only the new processes/equipment/emission points and begin the ID numbering where the existing EIQ emission point numbers leave off. If the application is for a modification or an addition to an existing emission point or unit, show the upstream and downstream point(s) or the equipment that this modification will affect.

The Rush Island Energy Center EGUs are pulverized coal fired boilers with a tangiential low NOx burner arrangement with separated overfire air for additional NOx control.  Currently, flue gas from the boilers passes over the air preheater through the cold side electrostatic precipitators (ESP) and up the stack to be exhausted.  Installation of the flue gas desulfurization systems is expected to be after the ESPs for each unit and be followed by a single new chimney (with a flue for each unit).

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.2** Summary of Emission Points Affected by this Application (duplicate this form as needed)

| INSTALLATION NAME (A.) Ameren Missouri Rush Island Energy Center | FIPS COUNTY NO B.) 099 | PLANT NO. (C.) 0016 |
|---|---|---|
| POINT NO. (I.E. EP-01, EP-02, ETC.) (D.) | POINT DESCRIPTION (USE same description on FORM 2.0) (E.) | REFERENCE WORKSHEET(S) FORM NUMBERS USED WITH FORM 2.0 (F.) |
| B-1 | 5922 mmBtu/hr coal fired steam electric generating unit | |
| B-2 | 5922 mmBtu/hr coal fired steam electric generating unit | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 1.3** Plant Layout Diagram

| INSTALLATION NAME (A.) | FIPS COUNTY NO.(B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

Use this page or a separate sheet to provide a Plant Layout Diagram.
**Refer to the Permits Instruction Packet for details.**

Plant layout to be determined.

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2.0** Emission Point Information (duplicate this form as needed.)

| INSTALLATION NAME (A.) | FIPS COUNTY NO. (B.) | PLANT NO. (C.) |
|---|---|---|
| Ameren Missouri Rush Island Energy Center | 099 | 0016 |

## POINT IDENTIFICATION

| POINT NO. (D.) | POINT DESCRIPTION (E.) |
|---|---|
| B-1 (B-2 identical) | Coal Fired Electric Generating Units |

| SOURCE CLASSIFICATION CODE (SCC) (F.) | MAKE (G.) | MODEL (H.) | YEAR (I.) |
|---|---|---|---|
| 10100226 | Combustion Eng. | | 1971 |

## STACK/VENT PARAMETERS

| STACK NO. (J.) | HEIGHT (FT) (K.) | DIAMETER (FT) (L.) |
|---|---|---|
| To Be Determined | To Be Determined | To Be Determined |

| TEMPERATURE (F) (M.) | VELOCITY (FT/MIN) (N.) | FLOW RATE (STANDARD CUBIC FT/MIN) (O.) |
|---|---|---|
| To Be Determined | To Be Determined | To Be Determined |

## OPERATING RATE/SCHEDULE

| EXPECTED ANNUAL THROUGHPUT (P.) | UNITS (Q.) | MAXIMUM HOURLY DESIGN RATE (R.) | UNITS/HR (S.) |
|---|---|---|---|
| | | 5922 | mmBtu/hr |

| HOURS/DAY (T.) | DAYS/WEEK | WEEKS/YEAR |
|---|---|---|
| 24 | 7 | 52 |

## AIR POLLUTION CONTROLS

| DEVICE NO. (U.) | CONTROL DEVICE DESCRIPTION (V.) | Control Device Destruction/Removal Efficiency % (w.) | | | | | |
|---|---|---|---|---|---|---|---|
| | | PM$_{10}$ | SO$_x$ | NO$_x$ | VOC | CO | HAPs |
| TBD | Wet Flue Gas Desulfurization | | 90-95 | | | | |
| | | | | | | | |
| | | | | | | | |

| DEVICE NO. | DESCRIPTION OF COLLECTION/SUPPRESSION SYSTEM (X.) |
|---|---|
| | enclosed/ducted flue |
| | |
| | |

## CALCULATION SECTION (Y.)

| POLLUTANT | EMISSION FACTOR | EMISSION FACTOR UNITS | OVERALL CONTROL EFFICIENCY | EMISSION RATE (LB/HR) | POTENTIAL EMISSIONS (TONS/YR) |
|---|---|---|---|---|---|
| SO2 | 0.05 (Controlled) | #/mmBtu | | 296.1 | 1297 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2.1** Fuel Combustion Information (duplicate this form as needed.)

| INSTALLATION NAME (A.) Ameren Missouri Rush Island Energy Center | FIPS COUNTY NO. (B.) .099 | PLANT NO. (C.) 099-0016 |
|---|---|---|

## COMBUSTION EQUIPMENT INFORMATION

| POINT NO. (D.) B-1 & B-2 | SCC (E.) 10100226 | |
|---|---|---|

| (F.) EQUIPMENT DESCRIPTION (MAKE/MODEL) | (G.) YEAR PUT IN SERVICE | (H.) MAXIMUM DESIGN RATE (MILLION BTU/HR) |
|---|---|---|
| B-1 | 1971 | 5922 |
| B-2 | 1971 | 5922 |
| | | |
| Sum of Total Maximum Hourly Design Rates | | 11844 |

## FUEL INFORMATION

(I.)   FUEL TYPE

**Oil**
- [x] Distillate (Fuel Oil 1-4)
- [ ] Residual Fuel Oil (5-6)
- [ ] Waste Oil

**Gas**
- [ ] Natural Gas
- [ ] LPG/Propane

**Coal**
- [ ] Anthracite
- [x] Bituminous
- [ ] Lignite

**Other**
- [ ] Refuse
- [ ] Trade Wastes
- [ ] Other (specify)

| FUEL (J.) | ANNUAL THROUGHPUT (K.) | UNITS (L.) | % SULFUR BY WEIGHT (M.) | % ASH BY WEIGHT (N.) |
|---|---|---|---|---|
| Coal | ~ 46,000,000 (each) | mmBtu | | |
| | | | | |
| | | | | |
| | | | | |
| FUEL TOTALS AND WEIGHTED AVERAGES | | | | |

Comments:

Distillate oil for startup and coal ignition only.  Units fired with bituminous and sub-bituminous coals historically.

MO 780-1323 (07-16)

**Emission Information for Air Construction Permit Application**
**Form 2. T** Hazardous Air Pollutant Information (duplicate this form as needed)

| INSTALLATION NAME (A.)<br>Ameren Missouri Rush Island Energy Center | FIPS COUNTY NO. (B.)<br>099 | PLANT NO. (C.)<br>0016 |
|---|---|---|

Use this form to report any hazardous air pollutant (HAP) expected to be handled in amounts greater than 20 pounds per year. The instructions for this form provide a list of the HAPs regulated under the Clean Air Act. The amount emitted should be reported before control equipment reductions are applied. Be sure to include the MSDS for any material containing HAPs.

| POINT NO. (D.) | SCC (E.) | | |
|---|---|---|---|
| HAP CHEMICAL<br>(F.) | CAS NUMBER<br>(G.) | AMOUNT USED OR EXPECTED TO BE HANDLED (LBS/YEAR)<br>(H.) | UNITS<br>(I.) |
| None Handled | | | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

***NOTE***: **Attach Material Safety Data Sheets (MSDS) for Verification**

Comments:

MO 780-1323 (07-16)