UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SIERRA CLUB,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>AMEREN MISSOURI,<br><br>Defendant. | Civil Action No. 4:11-cv-00077-RWS |

## AMEREN'S FEBRUARY 26, 2021 STATUS REPORT

In accordance with the parties' April 3, 2020 Joint Submission to the Court (ECF #1156), Ameren provides the following update regarding its compliance efforts with the Court's September 30, 2019 Order, as modified by the Court's October 22, 2019 Stay Order (ECF #1137) (the "Stay Order").

First, the Eighth Circuit held oral argument on Ameren's appeal on December 16, 2020 before Chief Judge Smith, Judge Loken, and Judge Melloy. The appeal has been submitted for the panel's decision.

Second, with respect to Rush Island, Ameren has continued to work with the engineering firm Black & Veatch on the requirements to support Ameren's permit application for Rush Island and with the Missouri Department Natural Resources ("MDNR") to secure final EPA approval of MDNR's NAAQS area re-designation submittal, a regulatory priority of MDNR.

Ameren has now completed the following items with regards to the Rush Island permit application:

    (1) the review and update of the Design Basis for the FGD;

    (2) the review of the fan capacity draft study and stack study; and

    (3) the review and update of the FGD mass balance review.

    (4) the balance of plant;

    (5) the constructability assessment;

    (6) an update of the overall site plan, and reviews of;

    (7) the major equipment and their electrical loads;

    (8) the auxiliary electrical system; and

    (9) the one-line diagram.

Black & Veatch has completed the review of the technical requirements and engineering design data for the Wet FGD retrofit and has submitted a draft assessment summary document to Ameren. Completion of the aforementioned items is necessary in order to conduct modeling analysis as may be required by MDNR. Ameren Missouri will meet with MDNR to discuss a range of air quality and permitting issues including appropriate modelling parameters. Presently there are no outstanding requests from MDNR.

Ameren will provide its next status report to the Court on April 27, 2021.

Dated:  February 26, 2021                          Respectfully submitted,

/s/  Matthew B. Mock

Matthew B. Mock (admitted *pro hac vice*)
SCHIFF HARDIN LLP
4 Embarcadero Center, Suite 1350
San Francisco, California 94111
Tel:  (415) 901-8700
Fax:  (415) 901-8701
mmock@schiffhardin.com

David C. Scott
Mir Y. Ali
(Both admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

Ronald S. Safer (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:  (314) 621-5070
Fax:  (314) 621-5065

*Counsel for Defendant Ameren Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/  Matthew B. Mock
Matthew B. Mock
