UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SIERRA CLUB,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Civil Action No. 4:11-cv-00077-RWS |

## AMEREN'S AUGUST 27, 2021 STATUS REPORT

On August 20, 2021, the Eighth Circuit issued its decision on Ameren's appeal. Ameren is reviewing the decision, and the 45-day period for seeking rehearing or rehearing en banc expires on October 4, 2021. *See* Fed. R. App. P. 40.

Dated:  August 27, 2021

Respectfully submitted,

/s/ Matthew B. Mock
Matthew B. Mock (admitted *pro hac vice*)
SCHIFF HARDIN LLP
4 Embarcadero Center, Suite 1350
San Francisco, California 94111
Tel:  (415) 901-8700
Fax:  (415) 901-8701
mmock@schiffhardin.com

David C. Scott
Mir Y. Ali
(Both admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

Ronald S. Safer (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:  (314) 621-5070
Fax:  (314) 621-5065

*Counsel for Defendant Ameren Missouri*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2021 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

                                            /s/  Matthew B. Mock
                                            Matthew B. Mock