# EXHIBIT 3



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

May 12, 2020

OFFICE OF
AIR AND RADIATION

The Honorable Roy Blunt
United States Senate
Washington, D.C. 20510

Dear Senator Blunt:

    Thank you for your letter dated April 9, 2020, to the U.S. Environmental Protection Agency (EPA) concerning the 1-hour sulfur dioxide ($SO_2$) primary National Ambient Air Quality Standard (NAAQS) designation status of Jefferson and Franklin Counties in Missouri. Administrator Wheeler requested that I respond on his behalf.

    EPA acknowledges the notable efforts of the Missouri Department of Natural Resources (MoDNR), and the efforts of the facilities within the Jefferson County and Franklin County areas, to improve air quality in Missouri. EPA continues actively working with MoDNR on fulfilling the Clean Air Act (CAA) requirements for redesignating the Jefferson County and Franklin County areas.

    Following EPA's designation of the Franklin County area in July 2016, EPA received and responded to a petition for reconsideration of the designation and explained EPA's intention to evaluate air quality monitoring data from the new monitors referenced in your letter in a future notice-and-comment rulemaking process, with an anticipated conclusion of such process by December 31, 2020. As recently as April 21, 2020, EPA staff discussed with MoDNR the process for redesignating the Franklin County area from unclassifiable to attainment and the information that EPA would need from MoDNR prior to proposing a redesignation.

    With respect to Jefferson County, as recently as April 21, 2020, EPA Region 7 staff spoke with MoDNR about the steps MoDNR must take to meet CAA requirements to redesignate the area from nonattainment to attainment. We have discussed several options for MoDNR's consideration and will continue to work closely with MoDNR to achieve a path forward as expeditiously as possible.

     Again, thank you for your letter. If you have additional questions, please contact me or your staff may contact Karen Thundiyil in EPA's Office of Congressional and Intergovernmental relations at *thundiyil.karen@epa.gov* or at (202) 564-1142.

     Sincerely,

Anne L. Idsal
Principal Deputy Assistant Administrator