UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Case No. 4:11 CV 77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Ameren has filed a motion for leave to file portions of its recent status update temporarily under seal, arguing that the update "contains highly confidential, non-public, sensitive information." According to Ameren, counsel for Plaintiffs have no position on the motion.

On November 4, 2021, the St. Louis Post-Dispatch published an article titled "Ameren Reports Earnings Boost from New Investments, Hot Summer Weather." The article referenced this litigation. The publication of this information appears relevant to the question of whether portions of the status update should be filed under seal.

Accordingly,

1

**IT IS HEREBY ORDERED that** Ameren shall file a brief explaining how the publication of the information in the attached article impacts its motion to seal no later than **November 12, 2021**.

                              RODNEY W. SIPPEL
                              UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2021.

SHARE THIS



**0** comments

# Ameren reports earnings boost from new investments, hot summer weather

Bryce Gray   Nov 4, 2021   0

Subscribe $5 for 5 months



Bryce Gray

ST. LOUIS — Ameren profits grew last quarter thanks to hot summer weather, rate changes, recovery from the coronavirus pandemic and new electric grid investments, the company said ahead of a quarterly call with investors Thursday.

For the quarter ending Sept. 30, the St. Louis-based power utility's overall revenue improved 11% from a year ago, growing to more than $1.8 billion from about $1.6 billion.

Meanwhile, the company's quarterly profits jumped to $425 million from $367 million last year — a more than 15% increase.

Along with a range of favorable factors that helped the utility's bottom line, Ameren executives touted the company's steady growth of its rate base — meaning the chunk of investments that it is allowed to earn a profit on, through the rates charged to customers.

1. **'Boeing needs a bridge': Planemaker looks abroad to keep Super Hornet line rolling**
2. **Judge evicts Reign Restaurant, leaves damages for a jury**
3. **Kirkwood Council weighs permit for restaurant by 4 Hands**
4. **From atop the coal industry, Peabody and Arch embrace different directions**
5. **A St. Louis startup made $3.1 million on Kickstarter. Then the trouble began.**

Much of the conversation with investors was dominated by questions surrounding the company's future — as well as the future of U.S. energy policies.

One line of questioning centered on the outlook for investment in new electricity transmission, seen as an increasingly vital facilitator for the accelerating development of new renewable generation. Transmission projects already account for a major chunk of Ameren's investments and that figure is only expected to grow — representing the greatest portion of

the company's expected rate base growth in coming years, according to Mike Doyle, an Edward Jones analyst who tracks utilities.

"Ameren sits in a position to benefit from a buildout of transmission," said Doyle, speaking after the call. "As renewables take off, we'll need more of that."

Another hot topic that attracted investor attention was the uncertain fate of the Rush Island Energy Center, Ameren's second-biggest coal plant, which a federal court ruling has forced to address years of Clean Air Act violations.

Though Ameren is appealing the ruling, the company said Thursday that it is evaluating a range of options for the coal plant, if the decision stands — from installing expensive "scrubber" technology to limit its pollution to potentially retiring the facility ahead of schedule.

In the latter scenario, company leaders said they were open to possibly using a complex financing technique called securitization, recently approved by Missouri lawmakers, which **could help accelerate** closures of financially imperiled coal plants while directing fresh investment toward renewable alternatives.

**0** comments

Tags   Level1   Ameren   Profits   Economics   Commerce   Finance

Watch Now: Related Video

The Bottom Line: Inflation surge is looking less temporary