UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Case No. 4:11 CV 77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED that** the hearing to modify the judgment in this matter is **RESET** from Friday, February 4, 2022 at 2:00 p.m. **to <u>Monday, February 7, 2022 at 2:00 p.m.</u> IN PERSON** in Courtroom 16 South.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RODNEY W. SIPPEL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2022.