UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Case No. 4:11 CV 77 RWS |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED that**, as discussed at the hearing held on February 7, 2022, Ameren shall produce its proposed Attachment Y request to MISO for the United States and the Sierra Club's review no later than **Monday, February 14, 2022** at **12:00 p.m.**

**IT IS FURTHER ORDERED that** a status hearing is set for **Wednesday, February 16, 2022** at **2:00 p.m.** IN PERSON in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2022.