UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| SIERRA CLUB, | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) Case No. 4:11 CV 77 RWS |
| AMEREN MISSOURI, | ) |
| Defendant. | ) |

## ORDER

As discussed at the telephone status conference held on February 16, 2022:

**IT IS HEREBY ORDERED that** the parties shall file their agreed-upon proposed Attachment Y request to MISO no later than **Tuesday, February 22, 2022**.

**IT IS FURTHER ORDERED that** if the parties cannot agree upon a joint submission, they shall file separate proposed Attachment Y requests no later than **Tuesday, February 22, 2022**.

**IT IS FURTHER ORDERED that** if the parties submit separate proposed requests, they shall appear for a hearing on **Wednesday, February 23, 2022** at **10:00 a.m. IN PERSON** in Courtroom 16 South.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2022.