# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> SIERRA CLUB, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> AMEREN MISSOURI, <br><br> Defendant. | Civil Action No. 4:11-cv-00077-RWS |

### NOTICE OF FILING AGREED FORM OF AMEREN'S ATTACHMENT Y

Pursuant to the Court's February 8 and February 16 Orders (ECF Nos. 1203 & 1207), Ameren Missouri ("Ameren") has conferred, and reached agreement, with the United States and Sierra Club (together, the "Plaintiffs") regarding the form of, and language included in, the Attachment Y for the Rush Island Energy Center that Ameren intends to file with the Midcontinent Independent System Operator ("MISO"). The agreed form of Ameren's Attachment Y is attached to this Notice of Filing as **Exhibit 1**.

Unless the Court directs otherwise, Ameren intends to file this Attachment Y with MISO on or before March 1.

Because the parties have agreed upon the form of Ameren's Attachment Y, consistent with the Court's February 16 Order, the parties understand that a hearing will not be necessary tomorrow, Wednesday, February 23, and the parties' respective counsel do not intend to travel.

Ameren shared this Notice of Filing with Plaintiffs before filing it, and Plaintiffs have no objection to the Notice of Filing.

Dated:  February 22, 2022

Respectfully submitted,

/s/ *Matthew B. Mock*

Matthew B. Mock (*pro hac vice*)
SCHIFF HARDIN LLP
4 Embarcadero Center, Suite 1350
San Francisco, California 94111
Tel:  (415) 901-8700
Fax:  (415) 901-8701

David C. Scott (*pro hac vice*)
Mir Y. Ali (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel: (314) 621-5070
Fax: (314) 621-5065

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

*Counsel for Defendant Ameren Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/  *Matthew B. Mock*
Matthew B. Mock