# Exhibit 1

| | | |
|---|---|---|
| MISO | | ATTACHMENT Y |
| FERC Electric Tariff | Notification of Resource/SCU/Pseudo-tied Out Generator Change | |
| ATTACHMENTS | | 32.0.0 |

# ATTACHMENT Y

## Notification of Generation Resource/SCU/Pseudo-tied Out Generator Change of Status, Including Notification of Rescission

This is a notification of change of status of a Generation Resource, Synchronous Condenser Unit ("SCU"), or Pseudo-tied out Generator in accordance with Section 38.2.7.a of the Tariff.  An electronic copy of the completed form will be accepted by the Transmission Provider, however, a form will not be considered complete until the original form containing an original signature, including all attachments, is received by the Transmission Provider at the following address: MISO, Attention: Director of Transmission Planning; 720 City Center Drive, Carmel, IN  46032.

The Transmission Provider may request additional information as reasonably necessary to support operations under the Tariff.

Owner of the Generation Resource, SCU or Pseudo-tied out Generator:

  Union Electric Company – Ameren Missouri

Name of Market Participant:     AMUE - Union Electric Company – Ameren Missouri

Owner's state of organization or incorporation     Missouri

Generation Resource/SCU/Pseudo-tied Out Generator [plant and unit number(s)]

Rush Island Unit 1 (AMMO.RUSH1), Rush Island Unit 2 (AMMO.RUSH2)

Source/Identification of Generation Interconnection Service [name of agreement, parties, date, date filed and docket number, and any other information to identify an agreement]   none – Plant constructed in 1976 in Jefferson County, Missouri.

Effective On: July 16, 2018

| MISO | | ATTACHMENT Y |
|---|---|---|
| FERC Electric Tariff | Notification of Resource/SCU/Pseudo-tied Out Generator Change | |
| ATTACHMENTS | | 32.0.0 |

Pursuant to the terms of the MISO Tariff, Owner hereby certifies that it will

[X]   Suspend for economic reasons operation of all or a portion of the Generation Resource/SCU/Pseudo-tied out Generator commencing on  1st   of  September   of  2022

[ ]   Rescind the current notice to Suspend the facility is further described as follows:

Location:  Jefferson County, Missouri

| Unit Name | CPNode (if applicable) | Nameplate Capacity(MW) | Change in Capacity(MW) |
|---|---|---|---|
| Rush Island Unit 1 | AMMO.RUSH1 | 597.2 MW | 597.2 MW |
| Rush Island Unit 2 | AMMO.RUSH2 | 597.8 MW | 597.8 MW |
| | | | |
| | | | |

Owner understands and agrees that this notification is provided in accordance with Section 38.2.7 of the Transmission Provider's Tariff and will not be made public by the Transmission Provider except as provided for under Section 38.2.7 of the Tariff.

The undersigned certifies that he or she is an officer of the owner of the Generation Resource/SCU/Pseudo-tied out Generator, that he or she is authorized to execute and submit this notification, and that the statements contained herein are true and correct.

*(See attached Addendum)*

Signature

Name:  Tim E. Lafser                       Contact Information
Title:  Vice President – Power Operations        Email:  TLafser@ameren.com
Date:   February 17, 2022                  Phone:  314-554-9923

Effective On: July 16, 2018

| | |
|---|---|
| MISO | ATTACHMENT Y |
| FERC Electric Tariff | Notification of Resource/SCU/Pseudo-tied Out Generator Change |
| ATTACHMENTS | 32.0.0 |

STATE OF _____

COUNTY OF _____

Before me, the undersigned authority, this day appeared _____, known by me to be the person whose name is subscribed to the foregoing instrument, who, after first being sworn by me deposed and said:

"I am an officer of _____, I am authorized to execute and submit the foregoing notification on behalf of _____, and the statements contained in such application are true and correct."

SWORN TO AND SUBSCRIBED TO BEFORE ME, the undersigned authority on this the \_\_\_\_\_ day of _____, 20\_\_\_ .

_____

Notary Public, State of _____

My Commission expires

Effective On: July 16, 2018

| | |
|---|---|
| MISO | ATTACHMENT Y |
| FERC Electric Tariff | Notification of Resource/SCU/Pseudo-tied Out Generator Change |
| ATTACHMENTS | 32.0.0 |

### Addendum to Ameren Missouri's
### Attachment Y Notice for Rush Island Energy Center

Ameren Missouri ("Ameren") submits this Addendum to its Attachment Y Notice for Rush Island Energy Center ("Rush Island") to provide additional context for MISO's assessment of the Attachment Y Notice. As MISO is aware, in *United States v. Ameren Missouri*, Case No. 4:11 CV 77 RWS (the "Case"), the United States District Court for the Eastern District of Missouri (the "Court") entered a judgment, which was affirmed on appeal, ordering Ameren to obtain a Prevention of Significant Deterioration ("PSD") permit and construct and operate flue gas desulfurization ("FGD") technology at Rush Island to control emissions of sulfur dioxide. Ameren has decided to retire Rush Island and the plaintiff, the United States, and the plaintiff-intervenor, Sierra Club, in the Case (collectively, the "Plaintiffs") agree that the prompt retirement of Rush Island would obviate the need to install FGD controls currently required by the Court.

Ameren informed the Court and the Plaintiffs that MISO's tariff requires MISO to evaluate any impacts on the reliability of the Transmission System which may result from Rush Island's retirement, and that Ameren's preliminary assessment and MISO's Attachment Y-2 nonbinding, informational study have identified multiple potential reliability impacts in both steady state and stability study results, including at least one impact in the steady state study results that may require Rush Island to be designated as a System Support Resources ("SSR") unit. Ameren requests that MISO's formal Attachment Y Reliability Study and any Attachment Y Alternatives Study identify and evaluate all feasible solutions to address any reliability issues, including all alternatives contemplated by the MISO tariff (e.g., Section 38.2.7, Rate Schedule 1, etc.). If MISO's evaluation concludes that alternatives to the designation of Rush Island as an SSR are not available, Ameren requests that MISO further consider the following operating criteria so as to minimize Rush Island operations to the greatest extent practicable in accordance with the MISO tariff:

- operation of only one of Rush Island's two units;

- operation of one or both of Rush Island's units during only certain times, such as peak winter or summer months and emergencies;

- operation of one or both of Rush Island's units at less than full load; and

- operation of one or both Rush Island units at minimum load necessary for stable operations.

Effective On: July 16, 2018