UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> SIERRA CLUB, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> AMEREN MISSOURI, <br><br> Defendant. | Civil Action No. 4:11-cv-00077-RWS |

**SUPPLEMENTAL NOTICE OF FILING MISO'S MARCH 2, 2022 LETTER
REGARDING COMPLETION OF ATTACHMENT Y-2 STUDY**

On February 4, 2022, Ameren Missouri ("Ameren") submitted a notice of filing the Attachment Y-2 Study Report issued by the Midcontinent Independent System Operator ("MISO"). (ECF No. 1201.) Supplementing that filing, Ameren submits this supplemental notice of filing, attaching as **Exhibit 1** a letter from MISO dated March 2, 2022 regarding the completion of MISO's Attachment Y-2 Study. On March 1, 2022 Ameren submitted to MISO the Attachment Y that was previously filed with the Court. (*See* ECF No. 1208.)

Dated:  March 7, 2022                           Respectfully submitted,


/s/ *Matthew B. Mock*

Matthew B. Mock (*pro hac vice*)
SCHIFF HARDIN LLP
4 Embarcadero Center, Suite 1350
San Francisco, California 94111
Tel:  (415) 901-8700
Fax:  (415) 901-8701

David C. Scott (*pro hac vice*)
Mir Y. Ali (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel: (314) 621-5070
Fax: (314) 621-5065

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

*Counsel for Defendant Ameren Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/  *Matthew B. Mock*
Matthew B. Mock

CH2\25713859.1