

**Andrew Witmeier**
Director, Resource Utilization
317-249-5585
awitmeier@misoenergy.org

**VIA OVERNIGHT DELIVERY**
March 2, 2022

Mark Birk
Sr. VP Customer & Power Ops
Union Electric Company – Ameren Missouri
1901 Chouteau Ave., MC 900
St. Louis, MO 63103

Subject:  **Notification of Attachment Y-2 Study Results – Rush Island Units 1 and 2**

Dear Mr. Birk:

On October 29, 2021, Union Electric Company – Ameren Missouri submitted an Attachment Y-2, request for non-binding study regarding potential System Support Resources ("SSR") status, to MISO in order to assess the potential change of status of Rush Island Units 1 and 2 effective June 1, 2023.  After being reviewed for reliability impacts as provided for under Section 38.2.7 of the MISO Open Access Transmission, Energy, and Operating Reserve Markets Tariff ("Tariff"), MISO has determined that there are several reliability issues that may result in Rush Island being designated an SSR.

An Attachment Y-2 study is a non-binding informational study intended to only determine whether it is likely that the Generation Resource would qualify as an SSR Unit.  While the analysis conducted for the Attachment Y-2 study may be used in preparing a subsequent Attachment Y study, further study may be required to evaluate the impacts due to changes in assumptions of system conditions related to other Attachment Y requests submitted.

The Attachment Y-2 analysis data and study report can be provided upon request with the appropriate confidentiality agreements.  Please contact Charlotte Thomasson (cthomasson@misoenergy.org) to request this information.

Please do not hesitate to contact me if you have any questions regarding this matter.

Respectfully,

Andrew Witmeier
Director, Resource Utilization

Midcontinent Independent System Operator, Inc.
317.249-5400
www.misoenergy.org

720 City Center Drive
Carmel, Indiana 46032

2985 Ames Crossing Road
Eagan, Minnesota 55121

1700 Centerview Drive
Little Rock, AR 72211