# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SIERRA CLUB,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Civil Action No. 4:11-cv-00077-RWS |

## NOTICE OF FIRM NAME CHANGE AND CONTACT CHANGE

**PLEASE BE ADVISED** that effective March 1, 2022, Schiff Hardin LLP merged with another law firm and changed its name. The new firm name is **ArentFox Schiff LLP**. The mailing address of the firm's Los Angeles office has also changed. The mailing address of the firm's Chicago office remains unchanged.

The following attorneys who are counsel of record for Defendant Ameren Missouri may now be reached at the following email and mailing addresses:

| Attorney Name | Email Address | Mailing Address |
|---|---|---|
| Mir Ali | mir.ali@afslaw.com | 233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606 |
| David C. Scott | david.scott@afslaw.com | 233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606 |
| Matthew B. Mock | matthew.mock@afslaw.com | 555 West Fifth Street, 48th Floor<br>Los Angeles, California 90013 |

Counsel for Defendant Ameren Missouri respectfully requests that the Clerk and all counsel update the firm's new name, mailing address, and e-mail address information.

Dated:  March 9, 2022

Respectfully submitted,

/s/ Matthew B. Mock

David C. Scott
Mir Y. Ali
(All admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax: (312) 258-5600
mir.ali@afslaw.com
david.scott@afslaw.com

Matthew B. Mock (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Tel:  (415) 901-8700
Fax: (415) 901-8701
matthew.mock@afslaw.com

Ronald S. Safer (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax: (312) 471-8701

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:  (314) 621-5070
Fax: (314) 621-5065

*Counsel for Defendant Ameren Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2022 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/ Matthew B. Mock

Matthew B. Mock
