## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> SIERRA CLUB, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> AMEREN MISSOURI, <br><br> Defendant. | Civil Action No. 4:11-cv-00077-RWS |

## JOINT PROPOSED AGENDA ITEMS FOR NOVEMBER 15, 2022 HEARING

Pursuant to this Court's Order dated September 29, 2022, Plaintiff the United States, Plaintiff-Intervenor Sierra Club, and Defendant Ameren Missouri (collectively, the "Parties"), hereby submit the proposed agenda items for discussion at the status conference set for November 15, 2022 at 2 p.m.

### Joint Proposed Agenda Items

1. Update on the Rush Island retirement efforts.
2. Status of the Parties' mitigation discussions.

Dated:  November 10, 2022                                   Jointly submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Elias L. Quinn

Thomas A. Benson
Jason A. Dunn
Elias L. Quinn
Environmental Enforcement Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-1111
E-mail: Jason.Dunn@usdoj.gov

SUZANNE MOORE
Assistant United States Attorney
United States Attorney's Office
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone: (314) 539-2200
Facsimile: (314) 539-2309
E-mail: Suzanne.Moore@usdoj.gov

*Attorneys for Plaintiff United States*

OF COUNSEL:

Alex Chen
Sara Hertz Wu
Senior Counsel
Office of Regional Counsel
U.S. EPA, Region 7
11201 Renner Boulevard
Lenexa, Kansas 66219


/s/ Benjamin Blustein

Benjamin Blustein (admitted *pro hac vice*)
MINER, BARNHILL & GALLAND, P.C.
325 N. LaSalle, Suite 350

/s/ Matthew B. Mock

David C. Scott
Mir Y. Ali
(All admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax: (312) 258-5600
david.scott@afslaw.com
mir.ali@afslaw.com
Matthew B. Mock (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Tel:  (415) 901-8700
Fax: (415) 901-8701
matthew.mock@afslaw.com

Ronald S. Safer (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax: (312) 471-8701

John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:  (314) 621-5070
Fax: (314) 621-5065

*Attorneys for Defendant Ameren Missouri*

2

Chicago, IL 60654
Tel: (312) 751-1170
Fax: (312) 751-0438
bblustein@lawmbg.com

Sunil Bector (admitted *pro hac vice*)
SIERRA CLUB
2101 Webster, Suite 1300
Oakland CA 94612
Tel: (415) 977-5759
Fax: (510) 208-3140
sunil.bector@sierraclub.org

*Attorneys for Plaintiff-Intervenor Sierra Club*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record.

                                                /s/ Matthew B. Mock