UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SIERRA CLUB,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Civil Action No. 4:11-cv-00077-RWS |

### *UNOPPOSED* MOTION TO RELIEVE AMEREN OF ITS OBLIGATION TO FILE MONTHLY UPDATES RELATED TO RUSH ISLAND'S RETIREMENT

Defendant Ameren Missouri ("Ameren") hereby requests that Ameren be relieved of its obligation to file monthly updates related to Rush Island's retirement.

On September 30, 2023, the Court granted Ameren's motion to modify the September 30, 2019 Remedy Order and permitted Ameren to retire Rush Island no later than October 15, 2024. (ECF #1263.) In that same Order, the Court required Ameren to provide "monthly updates on Rush Island's emissions, operations, and generation, as well as the company's efforts to implement reliability alternatives that will address any grid reliability risks MISO identified related to Rush Island's retirement." (*Id*. ¶ 4.)

As reported in Ameren's latest update (ECF #1342), and in compliance with the Court's September 30, 2023 Order, Ameren terminated operation of the coal-fired boilers at Rush Island Units 1 and 2 on October 15, 2024. Therefore, there are no emissions, operations, or generations on which to report.

MISO has determined that sufficient solutions were developed to ensure continued grid reliability after Rush Island's retirement, and so MISO's Third System Support Resource ("SSR") Agreement with Ameren ended on October 15, 2024, when Rush Island was retired. (*See* ECF #1138-1 ¶ 7, 15.)  Accordingly, MISO is now satisfied with Ameren's efforts to "implement reliability alternatives," and "any grid reliability risks … related to Rush Island's retirement" (ECF #1263 at ¶ 4) have been addressed.

Finally, Ameren, Plaintiff the United States, and Plaintiff-Intervenor Sierra Club have notified the Court that they have reached an agreement on mitigation relief, and that there are no outstanding issues to resolve following the Eighth Circuit's remand. (ECF #1343.)

In light of the above, there are no remaining issues on which to report.

Plaintiff the United States and Plaintiff-Intervenor Sierra Club state that they do not oppose this Motion.

WHEREFORE, Ameren respectfully requests that it be relieved of its obligation to submit monthly updates as required by the Court's September 30, 2023 Order, ECF #1263.

Dated:  November 14, 2024

Jointly submitted,

/s/ *Matthew B. Mock*

Matthew B. Mock (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Tel:  (415) 901-8700
Fax: (415) 901-8701
matthew.mock@afslaw.com

Mir Y. Ali
Molly L. Wiltshire
(*pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax: (312) 258-5600
mir.ali@afslaw.com
molly.wiltshire@afslaw.com

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax: (312) 471-8701
rsafer@rshc-law.com

*Attorneys for Defendant Ameren Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/ *Matthew B. Mock*
Matthew B. Mock