UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SIERRA CLUB,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Civil Action No. 4:11-cv-00077-RWS |

**AMEREN'S STATUS REPORT ON MITIGATION PROJECTS**

In accordance with Section V of the Court's December 17, 2024 Stipulated Order (ECF #1350, the "Stipulated Order"), Ameren Missouri ("Ameren") submits this report on the status of the ongoing mitigation projects.

    I.    HEPA Purifier Program

As of January 30, 2026, and in accordance with Section I - Residential HEPA Purifier Program of the Stipulated Order, Ameren issued offers and reminders to approximately 125,500 residential customers. Approximately 31,117 HEPA purifier devices were ordered by and delivered to customers. The period for accepting offers expired on October 16, 2025, and accordingly the program has concluded.

    II.    Bus Program

Of the thirty-six million dollars ($36M) Ameren deposited in an escrow account for the funding of this project, thirty-three million dollars ($33M) in bus awards has been issued to school

districts. Any portion of the remaining Bus Funds that has not been spent on or allocated to purchases of Electric Buses, associated charging stations, or Bus Program administration costs shall be committed to Weatherization Funds in accordance with Section II(E) of the Stipulated Order. Ameren retained Eastern Missouri Alliance for Clean Transportation (EMACT) (f/k/a St. Louis Regional Clean Cities) to facilitate the selection and outreach process. Program solicitations were issued to more than 100 school districts. School districts have been advised as to the diesel bus decommissioning requirement, which is expressly included in the contracts the districts have entered to receive buses. As of January 2026, orders for sixty-six (66) Electric Buses from seventeen (17) school districts have been placed.

### III.   Weatherization Program

In accordance with Section I(F) of the Stipulated Order, which applied if fewer than 75,000 HEPA purifiers were ordered, Ameren has allocated five million dollars ($5M) for the Weatherization Program. Weatherization projects are expected to be completed in 2026. To date, Ameren has remitted funds to the following organizations for implementation of the Weatherization Program:

- Central MO Community Action (CMCA)
- Community Action Agency of STL County (CAASTLC)
- Community Services, Inc. of Northwest MO (CSI)
- East MO Action Agency (EMAA)
- Delta Area Economic Opportunity Corporation (DAEOC)
- Green Hills Community Action Agency (GHCAA)
- Urban League
- Jefferson-Franklin Community Action Corporation (JFCAC)
- MO Ozarks Community Action, Inc. (MOCA)
- MO Valley Community Action Agency (MVCAA)
- Northeast Community Action Corporation (NECAC)
- Community Action Partnership Northeast MO (CAPNEMO)
- South Central MO Community Action Agency (SCMCAA)
- Mid America Assistance Coalition (MAAC)
- West Central MO Community Action Agency (WCMCAA)

Ameren has completed all substantive requirements of the HEPA Purifier and Bus programs. Once the remaining Bus Funds are allocated and expended by the partner agencies, Ameren will have completed its obligations under the Stipulated Order.

Dated: February 2, 2026

Respectfully submitted,

/s/ *Matthew B. Mock*

Matthew B. Mock (*pro hac vice*)
ARENTFOX SCHIFF LLP
555 S. Flower St., 43trd Floor
Los Angeles, California 90071
Tel:  (415) 901-8700
Fax:  (415) 901-8701

Mir Y. Ali
Molly L. Wiltshire
(*pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

*Counsel for Defendant Ameren Missouri*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/  *Sonul Rao*
Sonul Rao