**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>SIERRA CLUB,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>AMEREN MISSOURI,<br><br>    Defendant. | Civil Action No. 4:11-cv-00077-RWS |

**AMEREN'S STATUS REPORT ON MITIGATION PROJECTS**

In accordance with Section V of the Court's December 17, 2024 Stipulated Order (ECF #1350, the "Stipulated Order"), Ameren Missouri ("Ameren") submits this report on the status of the ongoing mitigation projects.

I.      HEPA Purifier Program

As reported in Ameren's February 2, 2026 Status Report (ECF #1355), the Residential HEPA Purifier Program concluded in late 2025, after 31,117 purifiers were ordered and delivered to customers. Ameren spent $7,073,138.34 on purifiers.  In accordance with Section I(F) of the Stipulated Order, which applied if fewer than 75,000 purifiers were ordered, Ameren allocated an additional $5 million for the Weatherization Program, bringing the total spend under the HEPA Purifier Program to $12,043,356.35, excluding administrative costs.

## II.      Electric Bus Program

Ameren retained Eastern Missouri Alliance for Clean Transportation (EMACT) (f/k/a St. Louis Regional Clean Cities) to facilitate the selection and outreach process for the Bus Program. Program solicitations were issued to more than 100 school districts of which 17 responded. Under the program, the school districts entered into supply contracts with manufacturers so that individual specifications could be accommodated with Ameren guaranteeing payment to the school districts via an award process. Bus awards totaling 70 buses have been issued to school districts with the entire thirty-six million dollars ($36M) fully committed.  (Ameren previously deposited $36 million in an escrow account for the funding of this project.)  Civil work to support charging stations commenced in early summer and is expected to be completed at all locations by October 2026. Production times differ, but deliveries from the manufacturers to the school districts are expected to occur over the next six to twelve months.

The following school districts have been awarded electric buses and charging stations:

| School District Name | Number of Buses | Number of Chargers |
|---|---|---|
| South Pemiscot R-5 | 2 | 2 |
| Hayti R-2 | 4 | 4 |
| West St. Francois County R-IV | 7 | 7 |
| Potosi R-3 | 4 | 4 |
| Ferguson Florissant | 5 | 5 |
| Scott City R-1 | 4 | 4 |
| SSD - St. Louis County | 12 | 12 |
| Bernie R-XIII | 4 | 4 |
| Grandview R-II | 3 | 3 |
| Meramec Valley R-III | 5 | 5 |
| New Haven | 3 | 3 |
| Affton | 3 | 3 |
| Maplewood Richmond Heights | 4 | 4 |
| Fox C-6 | 2 | 2 |
| Windsor C-1 | 3 | 3 |
| Jefferson R-7 | 4 | 4 |
| Brentwood | 1 | 1 |
| **Total Awarded** | **70** | **70** |

III.    Weatherization Program

In accordance with Section I(F) of the Stipulated Order, Ameren has selected the not-for-profit organizations listed below for implementation.  These organizations received 75% of the total $5 million Weatherization Funds in December 2025, with the remaining 25% scheduled to be released among the various agencies in August 2026. Specific allocations have been shifted slightly towards those agencies that demonstrate a greater ability to spend their allocation.

| AGENCIES AND COUNTIES SERVED | Allocation Amount | Funds Allocated as of 12/2026 | Remaining Funds to be Allocated in 8/2026 |
|---|---|---|---|
| Central MO Community Action (CMCA): Audrain, Boone, Callaway, Cole, Cooper, Howard, Moniteau, Osage | $500,369.96 | $375,277.47 | $125,092.49 |
| Community Action Agency of STL County (CAASTLC): STL County | $1,675,598.99 | $1,256,699.24 | $418,899.75 |
| Community Services, Inc. of Northwest MO (CSI): Clinton, DeKalb, Gentry (also provides WX for CAPSTJOE territory) | $13,064.89 | $13,064.89 | $0.00 |
| East MO Action Agency (EMAA): Bollinger, Cape Girardeau, Iron, Madison, St. Francois, Ste. Genevieve, Washington | $306,624.16 | $229,968.12 | $76,656.04 |
| Delta Area Economic Opportunity Corporation (DAEOC): Dunklin, Mississippi, New Madrid, Pemiscott, Scott, Stoddard | $146,668.44 | $110,001.33 | $36,667.11 |
| Green Hills Community Action Agency (GHCAA): Caldwell, Daviess, Harrison, Linn, Livingston, Mercer, Putnam, Sullivan | $26,150.95 | $19,613.21 | $6,537.74 |
| Urban League: STL City | $682,032.24 | $511,524.18 | $170,508.06 |
| Jefferson-Franklin Community Action Corporation (JFCAC): Jefferson, Franklin | $547,140.20 | $410,355.15 | $136,785.05 |
| MO Ozarks Community Action, Inc. (MOCA): Camden, Crawford, Gasconade, Maries, Miller, Phelps | $154,166.36 | $115,624.77 | $38,541.59 |
| MO Valley Community Action Agency (MVCAA): Pettis, Ray, Saline | $11,395.15 | $11,395.15 | $0.00 |
| Northeast Community Action Corporation (NECAC): Lewis, Lincoln, Marion, Monroe, Montgomery, Pike, Ralls, Randolph, St. Charles, Warren | $831,771.85 | $623,828.89 | $207,942.96 |
| Community Action Partnership Northeast MO (CAPNEMO): Adair, Clark, Knox, Schuyler, Scotland | $49,297.79 | $36,973.34 | $12,324.45 |
| South Central MO Community Action Agency (SCMCAA): Butler, Dent, Reynolds, | $4,807.99 | $4,807.99 | $0.00 |
| Mid America Assistance Coalition (MAAC): Clay | $21,187.64 | $15,890.73 | $5,296.91 |
| West Central MO Community Action Agency (WCMCAA): Benton, Morgan | $29,723.41 | $22,292.56 | $7,430.85 |
| **TOTAL** | **$5,000,000.02** | **$3,757,317.02** | **$1,242,683.00** |

3

Spending from the above organizations commenced in January 2026 and to date over $1 million of allocated funds has been expended on Weatherization Program projects.  As a condition to participation, the agencies have agreed to spend the full $5 million Weatherization Funds within three years, as required by Section III(B) of the Stipulated Order.

Dated: July 31, 2026

Respectfully submitted,

/s/ *Sonul Rao*

Matthew B. Mock (*pro hac vice*)
ARENTFOX SCHIFF LLP
555 S. Flower St., 43trd Floor
Los Angeles, California 90071
Tel:  (415) 901-8700
Fax:  (415) 901-8701

Mir Y. Ali
(*pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600

Sonul C. Rao (*pro hac vice)*
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Tel: (212) 745-9543
Fax: (212) 484-3900

Ronald S. Safer (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:  (312) 471-8700
Fax:  (312) 471-8701

*Counsel for Defendant Ameren Missouri*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/ *Sonul Rao*
Sonul Rao